# United States District Court
## for the Eastern District of Pennsylvania

ROY LANGBORD, ET AL
Plaintiff

vs.   Case Number  06-5315

**F I L E D**

DEC 6 - 2006

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

UNITED STATES DEPARTMENT OF THE TREASURY
Defendant

### Acceptance of Service by the United States Attorney

I  EVA  YOUNGER  (print name) hereby accept service on behalf of the United States Attorney (only).

_____
For the United States Attorney (Signature)

EVA  YOUNGER
Print Name

12/6/06
Date