IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROY LANGBORD, ET AL

VS.

UNITED STATES DEPARTMENT
OF THE TREASURY, ET AL

CIVIL ACTION

NO. 06-5315

**ORDER**

AND NOW, this 11th of DECEMBER, 2006, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Michael M. Baylson to the calendar of the Honorable Legrome D. Davis.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

S/ Michael E. Kunz
MICHAEL E. KUNZ
Clerk of Court