IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY LANGBORD, DAVID LANGBORD, and JOAN LANGBORD, : : : Plaintiffs, : : v. : : UNITED STATES DEPARTMENT OF THE : TREASURY; UNITED STATES BUREAU OF : THE MINT; HENRY M. PAULSON, JR., : Secretary of the United States Department of the : Treasury; STEPHEN LARSON, Acting General : Counsel of the United States Department of the : Treasury; EDMUND C. MOY, Director of the : United States Mint; DANIEL P. SHAVER, Chief : Counsel, United States Mint; DAVID A. LEBRYK, : Deputy Director of the United States Mint; and : the UNITED STATES OF AMERICA, : : Defendants. : | C. A. No. 06-5315 |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Defendants in the above-captioned matter.

                                                                                                                                                                                              

                                                                                                           JOEL M. SWEET
                                                                                                           Assistant United States Attorney
                                                                                                           615 Chestnut Street, Suite 1250
                                                                                                           Philadelphia, PA 19106
                                                                                                           Tel: (215) 861-8581
                                                                                                           Fax: (215) 861-8349

Dated: **December 12, 2006**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December 2006, a true and correct copy of the foregoing Entry of Appearance was served by first-class United States mail, postage prepaid, upon the following:

>Walter M. Phillips, Jr., Esquire
>Obermayer Rebmann Maxwell & Hippel, LLP
>One Penn Center, 19th Floor
>1617 John F. Kennedy Boulevard
>Philadelphia, PA 19103

 

_____
**JOEL M. SWEET**
**Assistant United States Attorney**