IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROY LANGBORD, DAVID LANGBORD, and JOAN LANGBORD,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C. A. No. 06-5315 |
| | : | |
| **UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES BUREAU OF THE MINT; HENRY M. PAULSON, JR.,** Secretary of the United States Department of the Treasury; **STEPHEN LARSON,** Acting General Counsel of the United States Department of the Treasury; **EDMUND C. MOY,** Director of the United States Mint; **DANIEL P. SHAVER,** Chief Counsel, United States Mint; **DAVID A. LEBRYK,** Deputy Director of the United States Mint; and the **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Defendants in the above-captioned matter.

 

JACQUELINE C. ROMERO
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 861-8470
Fax: (215) 861-8349

Dated: **December 12, 2006**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December 2006, a true and correct copy of the foregoing Entry of Appearance was served by first-class United States mail, postage prepaid, upon the following:

>Walter M. Phillips, Jr., Esquire
>Obermayer Rebmann Maxwell & Hippel, LLP
>One Penn Center, 19th Floor
>1617 John F. Kennedy Boulevard
>Philadelphia, PA 19103

>JACQUELINE C. ROMERO
>Assistant United States Attorney