

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RECEIVED JAN 23 2007

| | | |
|---|---|---|
| **ROY LANGBORD, et al.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **C. A. No. 06-5315 (LD)** |
| **UNITED STATES DEPARTMENT OF THE TREASURY, et al.,** | : | |
| | : | **FILED JAN 24 2007** |
| **Defendants.** | : | |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR PLAINTIFFS TO RESPOND TO ANTICIPATED MOTION**

**AND NOW**, all of the parties, through their respective undersigned counsel, pursuant to this Court's Local Rule 7.4, stipulate that: (1) the time for defendants to respond to the Complaint shall be extended by thirty (30) days to March 7, 2007; and (2) in the event defendants respond to the complaint by filing a motion to dismiss, the time for plaintiffs to file their opposition to defendants' motion shall be extended by forty-four (44) days to May 4, 2007.

No prior extensions have been granted.

WALTER M. PHILLIPS, Jr., Esq.
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center – 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895
Telephone: (215) 665-3224

BARRY H. BERKE, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7560

*Attorneys for Plaintiffs*

JOEL M. SWEET, Esq.
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 861-8581

*Attorney for Defendants*

BY THE COURT:

HONORABLE LEGROME D. DAVIS
*Judge, United States District Court*

2568593

ENTERED
JAN 25 2007
CLERK OF COURT