IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROY LANGBORD, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE
TREASURY, et al.,

    Defendants.

C. A. No. 06-5315 (LD)

FILED MAR 6 2007

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

AND NOW, pursuant to this Court's Local Rule 7.4, the parties stipulate that the time for defendants to respond to the Complaint shall be extended by two (2) days, from March 7 to March 9, 2007. The extension is necessary because the United States Attorney's Office lost all telephone, facsimile, e-mail and Internet connections from February 28 until approximately March 3, 2007. These communications disruptions interfered with the United States' ability to communicate among government agencies, and to conduct legal research, all of which affected the defendants' ability to prepare a response to the Complaint.

_____
WALTER M. PHILLIPS, Jr., Esq.
KEVIN J. KOTCH, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center – 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895
Telephone: (215) 665-3224

BARRY H. BERKE, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7560

*Attorneys for Plaintiffs*

2577346

_____
JOEL M. SWEET, Esq.
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 861-8581
*Attorney for Defendants*

BY THE COURT:

_____
HONORABLE LEGROME D. DAVIS
*Judge, United States District Court*