IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROY LANGBORD, DAVID LANGBORD, and JOAN LANGBORD,** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES BUREAU OF THE MINT; HENRY M. PAULSON, JR.,** Secretary of the United States Department of the Treasury; **STEPHEN LARSON,** Acting General Counsel of the United States Department of the Treasury; **EDMUND C. MOY,** Director of the United States Mint; **DANIEL P. SHAVER,** Chief Counsel, United States Mint; **DAVID A. LEBRYK,** Deputy Director of the United States Mint; and the **UNITED STATES OF AMERICA,** : <br> : <br> **Defendants.** : | Civil Action No. 06-5315 |

### ORDER

**AND NOW**, this ___ date of _____, 2007, upon consideration of Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, and the response filed thereto, it is **ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** that plaintiffs' claims against the defendants are **DISMISSED**, with prejudice, for the reasons stated in defendants' brief, which is incorporated herein by reference.

**BY THE COURT:**

_____
**HONORABLE LEGROME D. DAVIS**
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROY LANGBORD, DAVID LANGBORD, and JOAN LANGBORD,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Civil Action No. 06-5315 |
| | : | |
| **UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES BUREAU OF THE MINT; HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury; STEPHEN LARSON, Acting General Counsel of the United States Department of the Treasury; EDMUND C. MOY, Director of the United States Mint; DANIEL P. SHAVER, Chief Counsel, United States Mint; DAVID A. LEBRYK, Deputy Director of the United States Mint; and the UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants, United States Department of the Treasury, United States Bureau of the Mint, Henry M. Paulson, Jr., Secretary of the United States Department of the Treasury, Stephen Larson, Acting General Counsel of the United States Department of the Treasury, Edmund C. Moy, Director of the United States Mint, Daniel P. Shaver, Chief Counsel, United States Mint, David A. Lebryk, Deputy Director of the United States Mint; and United States of America, by their undersigned counsel, United States Attorney Patrick L. Meehan, Assistant United States Attorneys Joel M. Sweet and Jacqueline Romero, respectfully move the Court to dismiss plaintiff's claims against the United States, pursuant to Federal Rule of Civil Procedure 12(b)(6),

or in the alternative Rule 56, for the reasons set forth in the legal memorandum accompanying this motion.

                                                   Respectfully,

                                                   PATRICK L. MEEHAN
                                                   United States Attorney

                                                 _____

                                                 VIRGINIA A. GIBSON
                                                 Assistant United States Attorney
                                                 Chief, Civil Division

                                                 _____

                                                 JOEL M. SWEET
                                                 Assistant United States Attorney

                                                 _____

                                                 JACQUELINE ROMERO
                                                 Assistant United States Attorney
                                                 615 Chestnut Street, Suite 1250
                                                 Philadelphia, PA 19106-4476
                                                 Tel. (215) 861-8581
                                                 Fac. (215) 861-8349

                                                 *For All Defendants*

Of Counsel:

Daniel P. Shaver, Chief Counsel
Greg M. Weinman, Senior Counsel
United States Mint
801 9th Street NW
Washington, DC 20220


March 9, 2007