## CERTIFICATE OF SERVICE

I, Joel M. Sweet, hereby certify that on March 9, 2007, the following documents:

(1) DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT;

(2) MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT;

(3) EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT; AND

(4) STATEMENT OF INDISPUTABLE MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT,

were served both by first class mail and e-mail (PDF) upon:

Barry H. Berke, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL
1177 Avenue of the Americas
New York, NY 10036

Walter M. Phillips, Jr., Esquire
Kevin J. Kotch, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL
One Penn Center - 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895

_____
JOEL M. SWEET
Assistant United States Attorney