# EXHIBIT H

Form 270
TREASURY DEPARTMENT
U. S. MINT SERVICE

# SHIPPING REPORT

SHIPPING CLERK:
Please make the following shipments ........ March 6, 1933 ........
(Date)

/s/ (H. Ott.) H. A. Powell
Cashier.

CASHIER:
Shipments as below have been made ........ March 6, 1933 ........
(Date)

/s/ Edwd. F. McKernan
Shipping Clerk.

| REFERENCE | MISCELLANEOUS Item | Amount | DOUBLE EAGLES | EAGLES | HALF EAGLES | QUARTER EAGLES | DIMES | NICKELS | CENTS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 581 | Fed. Res. Br. Bank, Baltimore P.P. | | 3,000,000 | | | | | | | |
| 582 | Fed. Res. Bank, Richmond, | | 3,000,000 | | | | | | | |
| 583 | Fed. Res. Br. Bank, Charlotte | | 1,000,000 | | | | | | | |
| 584 | New York Assay Office P.P. | | 1,000,000 | | | | | | | |
| 587 | The Treasurer U.S. | | D. Eagles 1,000,000 | Eagles $500,000 | Eagles 500,000 | Quarters 1,000 | $1,000 | | | |
| 588 | Fed. Res. Br. Bk, Louisville | | D. Eagles $200,000 | Eagles $25,000 | Eagles $25,000 | | | | | |
| 590 | Fed. Res. Bank, Cleveland P.P. Transfer to Treas. | | D. Eagles $3,000,000 | | | | | | | |
| 591 | The Treasurer U.S. P.P. | | | | Quarters 48,865 | | 20,000 | 200 | 60 | 2, 260 00 |

*Shipped Sunday Nov. 4-33*

*Shipped Nov. 5-33*

11,700,000   575,000   575,000

# EXHIBIT I

/COPY/

March 6, 1933.

The Honorable,

The Director of the Mint.

Sir:

The President of the United States has issued an Executive Order declaring a complete bank holiday in the United States for the period Monday, March 6, to Thursday, March 9, 1933, both dates inclusive, subject to such exceptions as may be permitted under regulations to be prescribed by the Secretary of the Treasury with the approval of the President.

During the continuance of such bank holiday, unless otherwise directed, you are requested to instruct all mint and assay offices to pay gold in any form only under license issued by the Secretary of the Treasury. This does not prohibit the deposit of gold and the usual payment therefor.

Respectfully,

(Signed)  W. H. WOODIN

Secretary of the Treasury.

(Initialed)  J. H. D.       A.A.B.

# EXHIBIT J

Reproduced at the National Archives

Form 1851A
TREASURY DEPARTMENT
U. S. MINT SERVICE

# CASHIER'S DAILY STATEMENT OF RECEIPTS, DISBURSEMENTS, AND BALANCES

*Mint*
~~Assay Office~~ of the United States at Philadelphia, Pa.    March 15, 1933. , 19

| | $ | | | |
|---|---|---|---|---|
| **OPENING BALANCES:** | | | | |
| Coin, miscellaneous | 396 | 673 | 044 | 31 |
| Coin for recoinage | 5 | 671 | 359 | 33 |
| Paper currency | 1 | 107 | 120 | 00 |
| Unclassified counter cash | | 10 | 776 | 04 |
| Certificate bars—gold | 308 | 574 | 438 | 48 |
| Commercial bars—gold | | 90 | 277 | 78 |
| Depositary—Minor C. M. fund | | 67 | 404 | 54 |
| Depositary—Special deposit | | | | |
| Depositary—Regular | | 68 | 641 | 65 |
| **TREASURY ADVANCES:** | | | | |
| Bullion fund checking credit | | 13 | 085 | 20 |
| Appropriation checking credit | | | | |
| **RECEIPTS:** | | | | |
| From coining department— | | | | |
| Denomination D.Eagles | | 500 | 000 | 00 |
| Denomination | | | | |
| Denomination | | | | |
| Denomination | | | | |
| Denomination | | | | |
| From ~~melting~~ department— | | | | |
| Commercial bars, gold | | 9 | 269 | 48 |
| Certificate bars, gold | | | | |
| From stock—com: bars, silver | | | | |
| From Treasury or Fed. Res. Bks.— | | | | |
| Gold coin for | | | | |
| Silver coin for | | | | |
| Minor coin for | | | | |
| | | | | |
| | | | | |
| Paper currency | | | | |
| From purchasers of gold bars | | | | |
| From charges on bars sold | | | | |
| From special assays | | | | |
| From sale of medals, etc. | | | | |
| From | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | 712 | 785 | 416 | 81 |

| | $ | | | |
|---|---|---|---|---|
| **PAYMENTS:** | | | | |
| For bullion purchased— | | | | |
| (Advance) | | | | |
| Check | | 13 | 085 | 20 |
| Gold { Cert. | | | | |
| bars { Com. | | 2 | 966 | 93 |
| Silver bars | | | | |
| Cash | | 7 | 615 | 85 |
| For mutil. and lt. wt. coin—Cash | | | | |
| For minor metals | | | | |
| From appropriation acct.—Check | | | 540 | 25 |
| From appropriation acct.—Check | | | | |
| From special deposit acct.—Check | | | | |
| Govt. checks cashed | | | | |
| Postage | | | 2 | 11 |
| **DEPOSITS IN TREASURY:** | | | | |
| Revenues and appro. reimb.— | | | | |
| | | | | |
| | | | | |
| Issues of gold bars { Cert. | | | | |
| for cash received { Com. | | | | |
| Issues of gold bars for cash { Cert. | | | | |
| deposited in F. Res. Bk. { Com. | | | | |
| Issues on Treasurer's direction: | | | | |
| Gold coin | | | | |
| Silver coin—Dollars | | | | |
| H. Dol. | | | | |
| Q. Dol. | | | | |
| Dimes | | | | |
| Nickel coin | | | | |
| Bronze coin | | | | |
| Paper currency | | | | |
| **RESERVED for assay—Coin** | | | 540 | 00 |
| **DELIVERED for melting:** | | | | |
| Gold coin | | | | |
| Silver coin | | | | |
| Minor coin | | | | |
| **CLOSING BALANCES:** | | | | |
| Coin, miscellaneous | 397 | 172 | 382 | 31 |
| Coin for recoinage | 5 | 671 | 359 | 33 |
| Paper currency | 1 | 088 | 720 | 00 |
| Unclassified counter cash | | 21 | 680 | 08 |
| Certificate bars—gold | 308 | 574 | 438 | 48 |
| Commercial bars—gold | | 96 | 580 | 33 |
| Depositary—Minor C. M. fund | | 67 | 404 | 54 |
| Depositary—Special deposit | | | | |
| Depositary—Regular | | 68 | 101 | 40 |
| **TOTAL** | 712 | 785 | 416 | 81 |

## COIN AND PAPER CURRENCY CLOSING BALANCES

| GOLD COIN | $ | | | | SILVER COIN | $ | | | | MINOR COIN | $ | | | | PAPER CURRENCY | $ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D. E. | 135 | 038 | 660 | 00 | Pittman Dol. | 147 | 633 | 240 | 00 | 5-c | 1 | 189 | 480 | 40 | | | | | |
| Eagle | 21 | 931 | 700 | 00 | H. D. | 86 | 772 | 798 | 00 | 1-c | | 793 | 996 | 11 | | | | | |
| H. E. | | 749 | 805 | 00 | | | 2 | 262 | 50 | | | | | | Gold cert. (Spl. Y'd.) | | | | | |
| Q. E. | | | | | Q. D. | 1 | 368 | 876 | 00 | | | | | | Gold cert. (other) | 842 | 120 | 00 | |
| | | | | | Dime | 1 | 165 | 564 | 30 | | | | | | Other paper | 246 | 600 | 00 | |
| | | | | | Oregon Tr. | | 25 | 000 | 00 | | | | | | **TOTAL** | 1 | 088 | 720 | 00 |
| | | | | | Stone Mt. | | 500 | 000 | 00 | | | | | | | | | | |
| **TOTAL** | 157 | 720 | 165 | 00 | **TOTAL** | 237 | 468 | 740 | 80 | **TOTAL** | 1 | 983 | 476 | 51 | Total coin, $ | 397 | 172 | 382 | 31 |
| **Recn'g** | | 512 | 007 | 46 | | 4 | 618 | 245 | 30 | | | 541 | 106 | 57 | Total Recn'g | 5 | 671 | 359 | 33 |

### FOREIGN COIN EXECUTED

| Country | Denomination | Metal | Pieces |
|---|---|---|---|
| | | | |
| | | | |

| | | $ | | | |
|---|---|---|---|---|---|
| Treasurer's gold bullion——Value | | 336 | 041 | 653 | 72 |
| Treasurer's silver bullion { Std. dollar—Value | | | | | |
| { Other—Value | | 1 | 458 | 690 | 28 |
| Cashier's closing silver bullion balance—Ounces | | | | | |

*C. A. Powell* , Cashier.

U. S. GOVERNMENT PRINTING OFFICE: 1931    2—16795

# EXHIBIT K

# ANNUAL REPORT OF
# THE DIRECTOR OF THE MINT

### FOR THE FISCAL YEAR ENDED JUNE 30

## 1934

### INCLUDING REPORT ON

# THE PRODUCTION OF THE
# PRECIOUS METALS

#### DURING THE CALENDAR YEAR

## 1933



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1934

For sale by the Superintendent of Documents, Washington, D. C.  -  -  -  -  -  -  -  -  -  -  -  Price 75 cents (Cloth)

000003

REPORT OF THE DIRECTOR OF THE MINT

*Coinage of each mint during the past 10 calendar years*

BY VALUE AND DENOMINATION

| Mints | 1924 | 1925 | 1926 | 1927 | 1928 | 1929 | 1930 | 1931 | 1932 | 1933 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PHILADELPHIA | | | | | | | | | | | |
| Gold: Double eagles | | | | | | | | | | | |
| Eagles | | | | | | | | | | | |
| Half eagles | | | | | | | | | | | |
| Quarter eagles | | | | | | | | | | | |
| Total gold | | | | | | | | | | | |
| Silver: Dollars | | | | | | | | | | | |
| Half dollars | | | | | | | | | | | |
| Quarter dollars | | | | | | | | | | | |
| Dimes | | | | | | | | | | | |
| Total silver | | | | | | | | | | | |
| Minor: 5 cents | | | | | | | | | | | |
| 1 cent | | | | | | | | | | | |
| Total minor | | | | | | | | | | | |
| Total value | | | | | | | | | | | |
| DENVER | | | | | | | | | | | |
| Gold: Double eagles | | | | | | | | | | | |
| Eagles | | | | | | | | | | | |
| Half eagles | | | | | | | | | | | |
| Quarter eagles | | | | | | | | | | | |
| Total gold | | | | | | | | | | | |
| Silver: Dollars | | | | | | | | | | | |
| Half dollars | | | | | | | | | | | |
| Quarter dollars | | | | | | | | | | | |
| Dimes | | | | | | | | | | | |
| Total silver | | | | | | | | | | | |
| Minor: 5 cents | | | | | | | | | | | |
| 1 cent | | | | | | | | | | | |
| Total minor | | | | | | | | | | | |
| Total value | | | | | | | | | | | |
| SAN FRANCISCO | | | | | | | | | | | |
| Gold: Double eagles | | | | | | | | | | | |
| Eagles | | | | | | | | | | | |
| Half eagles | | | | | | | | | | | |
| Quarter eagles | | | | | | | | | | | |
| Total gold | | | | | | | | | | | |
| Silver: Dollars | | | | | | | | | | | |
| Half dollars | | | | | | | | | | | |
| Quarter dollars | | | | | | | | | | | |
| Dimes | | | | | | | | | | | |
| Total silver | | | | | | | | | | | |
| Minor: 5 cents | | | | | | | | | | | |
| 1 cent | | | | | | | | | | | |
| Total minor | | | | | | | | | | | |
| Total value | | | | | | | | | | | |
| ALL MINTS | | | | | | | | | | | |
| Total gold | | | | | | | | | | | |
| Total silver | | | | | | | | | | | |
| Total minor | | | | | | | | | | | |
| Grand total value | | | | | | | | | | | |

# EXHIBIT L

**WACHOVIA BANK NA**
Summons & Subpoenas
P.O. Box 8667 PA4292
Philadelphia, PA 19101

(267) 321-4000

February 28, 2007

U.S. Department of Justice
Attn: Joel M. Sweet
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Re:   Subpoena Received: 2/1/2007
       Roy Langbord, et al vs.U.S. Department of Treasury
       Case No: 153162

Dear Sir or Madam:

We are in receipt of the subpoena served on Wachovia Bank NA          for documents pertaining to the above
referenced matter.  Pursuant to that subpoena, please see the enclosed document for a listing of records delivered
with this letter.

Please be aware that our search for records is limited to accounts relating to only Wachovia Bank NA            .

This constitutes Wachovia Bank NA's final response to your subpoena and this matter will be closed.  If you have
any questions or concerns regarding our production, please do not hesitate to contact our office.

Sincerely,

Subpoena Department
Legal Order Processing
Wachovia Bank NA

* 1 5 3 1 6 2 *          * L T R 0 9 *

WACHOVIA00001

## Records Delivered

Case No: 153162
Date: 2/1/07

| Document Type | Account # | Date or Date Range | | Paper Entries | Electronic Entries | Total Copies |
|---|---|---|---|---|---|---|
| SDB Research | 00777995Z0093 | 7/16/2004 - | 2/1/2007 | 1 | | 1 |
| SDB Research | 07585049Y0605 | 2/1/2000 - | 2/1/2007 | 1 | | 1 |
| SDB Research | 0758504900374 | 2/1/2000 - | 2/1/2007 | 1 | | 1 |
| SDB Research | 07585049E0086 | 2/1/2000 - | 2/1/2007 | 1 | | 1 |
| SDB Research | 07585049Y0605 | 2/1/2000 - | 2/1/2007 | 1 | | 1 |
| SDB Research | 00777995Z0018 | 7/16/2004 - | 2/1/2007 | 1 | | 1 |
| SDB Research | 0758504900377 | 2/1/2000 - | 2/1/2007 | 1 | | 1 |
| SDB Research | 0758504900442 | 2/1/2000 - | 2/1/2007 | 1 | | 1 |

Total Copies Delivered: 8

1

WACHOVIA00002

## Safe Deposit Box Lease Agreement

Y#605

| First Union | City/Branch Name | Owner Branch No. | Org No. | Box No. | Customer Type |
|---|---|---|---|---|---|
| PENNSYLVANIA | Philadelphia  IND | 85249 | 075 | 605 | ☒ Per.  ☐ Non-Pers. |

Subject to the rules and regulations printed on the reverse side hereof, which rules and regulations are part of this said agreement, said box is hereby rented to the Lessee at the rate stipulated, from the lease date until the annual billing date and for successive periods of one year each thereafter at the then current rate.  Receipt of two keys is hereby acknowledged by Lessee.

| Lessee 1 (Type Name - Renter) | I hereby appoint (Type Name - Deputy 1) |
|---|---|
| Roy LANGBOARD | |
| Lessee 2 (Type Name - Renter) | I hereby appoint (Type Name - Deputy 2) |
| JAN SUITT LANGBOARD | |

| Lessee 1 Address | (Street) | (City) | (State) | (Zip) | Lessee 1 Phone # |
|---|---|---|---|---|---|
| 2441 PENNSYLVANIA AVE | | PHIA | PA | 19130 | |
| Lessee 2 Address (Optional) | | | | | Lessee 2 Phone # |
| APT 11-B-21 | | | | | |

| Date Box Opened (Mo Day Yr) | Next Bill Date (if not anniversary) | Box Size Code | Annual Rent | Draft Account | Type of Account | Org (3) | Account Number to Debit (13) |
|---|---|---|---|---|---|---|---|
| | | | | ☐ No  ☐ Yes | ☐ DDA/CAP  ☐ SAV | | |

| Lessee 1 Signature | | | Lessee 2 Signature | |
|---|---|---|---|---|
| Date 6/25/99 | | (Seal) | Date 6-29-99 | (Seal) |

Deputy 1, whose signature appears in section A, my true and lawful deputy is to have the same access and rights with respect to my box as I have until such appointment is revoked by my written notice and same has been acknowledged in writing by a fully authorized officer or employee of the bank, or until actual knowledge of my death shall have come to the Bank.

| Section A Appointment Of Deputy | | | (Seal) | | (Seal) |
|---|---|---|---|---|---|
| | Date | Signature of Lessee | | Signature of Deputy | |

| Revocation Of Deputy | The Appointment of the above deputy is hereby revoked. | | | Notice of revocation is hereby acknowledged. | |
|---|---|---|---|---|---|
| | | | (Seal) | | (Seal) |
| | Date | Signature of Lessee | | Date | Officer or Employee of Bank |

WACHOVIA00003

## CoreStates

**CoreStates Bank NA**
☐ CoreStates Hamilton Bank
☐ CoreStates First Pennsylvania Bank
Safe Deposit A/C No. __1086000 3740__
Safe No. __374__   Annual Rental _____
☐ Charge Rental to Checking Account # _____
☐ Charge Rental to Savings Account # _____
Husband/Wife Safe      ☐ Yes    ☒ No

### SAFE DEPOSIT CONTRACT - GENERAL RENTAL

Lessee: __Joan Switt Langbord__
Lessee: _____
Address: __130 South 8th St, Phila__
__19106__
Date: __5-22-96__

You, the Lessee, agree to lease from us, the bank indicated above, incorporated as CoreStates Bank, N.A. (Bank), the safe deposit box described above. You have paid us to lease the box for a period of one year from the date of this Agreement. You may thereafter renew the lease for additional one year terms by paying the annual rental in effect. You agree to the terms of this Agreement and to the rules set forth in the Bank's disclosure, a copy of which we have given you. We may change the terms of this Agreement or our rules in the future. If we do, you will be bound by the new terms and rules when you renew your lease.

1. Only the Lessee or your attorney-in-fact may have access to the box. If the Lessee is two or more persons, then any _____ of you, in person or by attorney-in-fact authorized by _____ of you, may have access to the box. Upon the death of the Lessee (other than husband and wife), the Lessee's personal representative must comply with Pennsylvania law regarding access.
2. Lessee acknowledges receipt of two keys for the box and agrees to return them to the Bank upon surrender of the box.
3. Lessee agrees to pay any charges associated with lost keys, including the cost of drilling the box if both keys are lost.
4. Lessee may have access to the box after presenting Lessee's key and signing the access record. Access is available during the vault's regular business hours. The Bank reserves the right to close the vault in case of emergency.
5. The Bank's liability is limited to exercising its accustomed diligence to prevent the opening of the box by unauthorized persons. Such an opening shall not be inferred from proof of partial or total loss of contents.
6. The Bank may terminate the lease for non-payment of the rental fee after giving the Lessee 15 days written notice. Lessee will be responsible for the cost of drilling the box. Such costs and any delinquent rental fee may be paid out of the contents of the box.

_____ (SEAL)    _____ (SEAL)

---

## CoreStates                    *Temp*

**CoreStates Bank NA**
☐ CoreStates Hamilton Bank
☒ CoreStates First Pennsylvania Bank
Safe Deposit A/C No. __1080000 44/25__
Safe No. __442__   Annual Rental __75.00__
☐ Charge Rental to Checking Account # _____
☐ Charge Rental to Savings Account # _____
Husband/Wife Safe      ☐ Yes    ☒ No

### SAFE DEPOSIT CONTRACT - GENERAL RENTAL

Lessee: __LANGBORD, JOAN__
Lessee: _____
Address: __2401 Penna Ave__
__# 11-B  Phila PA 19130__
Date: __5-22-96__

You, the Lessee, agree to lease from us, the bank indicated above, incorporated as CoreStates Bank, N.A. (Bank), the safe deposit box described above. You have paid us to lease the box for a period of one year from the date of this Agreement. You may thereafter renew the lease for additional one year terms by paying the annual rental in effect. You agree to the terms of this Agreement and to the rules set forth in the Bank's disclosure, a copy of which we have given you. We may change the terms of this Agreement or our rules in the future. If we do, you will be bound by the new terms and rules when you renew your lease.

1. Only the Lessee or your attorney-in-fact may have access to the box. If the Lessee is two or more persons, then any _____ of you, in person or by attorney-in-fact authorized by _____ of you, may have access to the box. Upon the death of the Lessee (other than husband and wife), the Lessee's personal representative must comply with Pennsylvania law regarding access.
2. Lessee acknowledges receipt of two keys for the box and agrees to return them to the Bank upon surrender of the box.
3. Lessee agrees to pay any charges associated with lost keys, including the cost of drilling the box if both keys are lost.
4. Lessee may have access to the box after presenting Lessee's key and signing the access record. Access is available during the vault's regular business hours. The Bank reserves the right to close the vault in case of emergency.
5. The Bank's liability is limited to exercising its accustomed diligence to prevent the opening of the box by unauthorized persons. Such an opening shall not be inferred from proof of partial or total loss of contents.
6. The Bank may terminate the lease for non-payment of the rental fee after giving the Lessee 15 days written notice. Lessee will be responsible for the cost of drilling the box. Such costs and any delinquent rental fee may be paid out of the contents of the box.

_____ (SEAL)    6-18-96  WAITING FOR CUSTOMER TO
                                              ADD POA, CUSTOMER HAVE
                                              CARDS TO ADD SON (SEAL)

Feb-21-2007  11:04    From-WACHOVIA          215-786-4552        T-835  P.004/009  F-314

## Safe Deposit Box Lease Agreement

**SAFE DEPOSIT CONTRACT - GENERAL RENTAL**

**FIRST UNION**    *LANGBORD*

| First Union | City/Branch Name | Owner Branch No. | Org No. | Box No. | Customer Type |
|---|---|---|---|---|---|
| *PENNSYLVANIA* | *PHILADELPHIA 3RD* | 85019 | 675 | E86 | ☐ Per. ☐ Non-Pers. |

Subject to the rules and regulations printed on the reverse side hereof, which rules and regulations are part of this said agreement, said box is hereby rented to the Lessee at the rate stipulated, from the lease date until the annual billing date and for successive periods of one year each thereafter at the then current rate. Receipt of two keys is hereby acknowledged by Lessee.

Lessee 1 (Type Name - Rentor)   *Roy Langbord*          I hereby appoint (Type Name - Deputy 1)

Lessee 2 (Type Name - Rentor)   *Joan Sett II Langbord*      I hereby appoint (Type Name - Deputy 2)

Lessee 1 Address (Street)  *3401 Pennsylvania Ave*  (City) *Phila* (State) *PA* (Zip) *19130*    Lessee 1 Phone #

Lessee 2 Address (Optional)  *Apt A-B-21*                    Lessee 2 Phone #

| Date Box Opened (Mo Day Yr) | Next Bill Date | Box Size Code | Annual Rent | Draft Account ☐No ☐Yes | Type of Account ☐DDA/CAP ☐SAV | Org (3) | Account Number to Debit (13) |
|---|---|---|---|---|---|---|---|

Lessee 1 Signature  Date *6/29/99* _____ (Seal)    Lessee 2 Signature  *Joan Sett Langbord* *6-29-99* (Seal)

Deputy 1, whose signature appears in section A, my true and lawful deputy is to have the same access and rights with respect to my box as I have until such appointment is revoked by my written notice and same has been acknowledged in writing by a fully authorized officer or employee of the bank, or until actual knowledge of my death shall have come to the Bank.

**Section A**

LANGBORD, JOAN S      5  0086      (SECTION NO./BOX NO.)
(PRINT NAME) 10845000867      (SAFE DEPOSIT A/C NO.)

---

**CoreStates**
**CoreStates Bank NA**
☐ CoreStates Hamilton Bank
☐ CoreStates First Pennsylvania Bank
Safe Deposit A/C No.  10800003773
Safe No.  377    Annual Rental _____
☐ Charge Rental to Checking Account # _____
☐ Charge Rental to Savings Account # _____
Husband/Wife Safe  ☐ Yes  ☑ No

**SAFE DEPOSIT CONTRACT - GENERAL RENTAL**

Lessee:   JOAN S. LANGBORD
Lessee:   ROY LANGBORD, POA
Address:  2401 PENNSYLVANIA AVE.
          PHILA. PA. 19130
Date      5/22/96

You, the Lessee, agree to lease from us, the bank indicated above, incorporated as CoreStates Bank, N.A. (Bank), the safe deposit box described above. You have paid us to lease the box for a period of one year from the date of this Agreement. You may thereafter renew the lease for additional one year terms by paying the annual rental in effect. You agree to the terms of this Agreement and to the rules set forth in the Bank's disclosure, a copy of which we have given you. We may change the terms of this Agreement or our rules in the future. If we do, you will be bound by the new terms and rules when you renew your lease.

1. Only the Lessee or your attorney-in-fact may have access to the box. If the Lessee is two or more persons, then any _____ of you, in person or by attorney-in-fact authorized by _____ of you, may have access to the box. Upon the death of the Lessee (other than husband and wife), the Lessee's personal representative must comply with Pennsylvania law regarding access.

2. Lessee acknowledges receipt of two keys for the box and agrees to return them to the Bank upon surrender of the box.

3. Lessee agrees to pay any charges associated with lost keys, including the cost of drilling the box if both keys are lost.

4. Lessee may have access to the box after presenting Lessee's key and signing the access record. Access is available during the vault's regular business hours. The Bank reserves the right to close the vault in case of emergency.

5. The Bank's liability is limited to exercising its accustomed diligence to prevent the opening of the box by unauthorized persons. Such an opening shall not be inferred from proof of partial or total loss of contents.

6. The Bank may terminate the lease for non-payment of the rental fee after giving the Lessee 15 days written notice. Lessee will be responsible for the cost of drilling the box. Such costs and any delinquent rental fee may be paid out of the contents of the box.

_____ (SEAL)   X _____ (SEAL)

**Safe Deposit Box Entry Record - Branch Record, File Numerically**

| | | Owner Branch No. | Org No. | Box No. | Customer Type |
|---|---|---|---|---|---|
| First User | Ph·1    T×D | 860x19 | 675- | 377 | ☒ Per. ☐ Non-Pers. |

Lessee
JOAN SWITT LANGBORC
2401 PENNSYLVANIA AVE APT 118
PHILA PA 1913C-3040

Box Deputies

I hereby appoint (Type Name - Deputy 1)

I hereby appoint (Type Name - Deputy 2)

Signature Lessee 1

Signature Deputy 1

Signature Lessee 2

Signature Deputy 2

| Date | Time In | Signature | Admitted By | | Date | Time In | Signature | Admitted By |
|---|---|---|---|---|---|---|---|---|
| 11-16-99 | 1058 | Joan Switt Langbord 6-29-99 | | | | | | |
| 8/8/05 | 11:15 | Joan Switt Langbord | Alice | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

0000-541167 (50/pkg)

WACHOVIA00006

Feb-21-2007 11:05 From-WACHOVIA 215-786-4552 T-835 P.006/009 F-314

**Safe Deposit Box Entry Record – Branch Record, File Numerically**

E0086

| First Union | City/Branch Name | Owner Branch No. | Org No. | Box No. | Customer Type |
|---|---|---|---|---|---|
| Pennsylvania | Philadelphia [illegible] | 350019 | 175 | 86 | ☒ Per. ☐ Non Pers. |

JOAN SWITT LANGBORD
2401 PENNSYLVANIA AVE APT 11B22
PHILA PA 19130-3040

**Box Deputies**

I hereby appoint (Type Name - Deputy 1)

I hereby appoint (Type Name - Deputy 2)

Signature Deputy 1

Signature Deputy 2

| Date | Time In | Signature | Admitted By | Date | Time In | Signature | Admitted By |
|---|---|---|---|---|---|---|---|
| 11/20/02 | 12:30 | [signature] | [initials] | | | | |
| 11/29/02 | 11:10 | [signature] | [initials] | | | | |
| 07/27/03 | 11:45 | [signature] | [initials] | | | | |
| 8-7-03 | 9:45 | [signature] | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

0000 541167 (50/pkg)

**Safe Deposit Box Entry Record – Branch Record, File Numerically**

| Owner Branch No. | Org No. | Box No. | Customer Type |
|---|---|---|---|
| 85349 | 673 | 4605 | ☑ Per.  ☐ Non-Pers. |

JEAN SWITT LANGBORC
2401 PENNSYLVANIA AVE APT 11B
PHILA PA 1913C-3040

Box Deputies

I hereby appoint (Type Name – Deputy 1)

I hereby appoint (Type Name – Deputy 2)

Signature Lessor

Signature Deputy 1

Signature Lessor 2

Signature Deputy 2

Jean Switt Langborg

| Date | Time In | Signature | Admitted By | Date | Time In | Signature | Admitted By |
|---|---|---|---|---|---|---|---|
| 11-10-9? | 10:45 |  |  |  |  |  |  |
| 10/?/?? |  |  |  |  |  |  |  |
| 7/?/?? | 12:00 |  |  |  |  |  |  |
| 1??/?? |  |  |  |  |  |  |  |
| 8/7/63 |  |  |  |  |  |  |  |
| 6/10/05 | 10:50 |  |  |  |  |  |  |

0000 541157 (50/pkg)

WACHOVIA00008

**Safe Deposit Box Entry Record - Branch Record, File Numerically**

| | | | Owner Branch No. | Org No. | Box No. | Customer Type |
|---|---|---|---|---|---|---|
| | | -lph.A  IN | 8508 | 07 | 442 | ☑ Per. ☐ Non-Pers. |

Box Deputies

JOAN SWITT LANGBORG
2401 PENNSYLVANIA AVE APT 118
PHILA PA 19130-3040

I hereby appoint (Type Name - Deputy 1)

Signature Lessee 1

I hereby appoint (Type Name - Deputy 2)

Signature Lessee 2

Signature Deputy 1

Signature Deputy 2

| Date | Time In | Signature | Admitted By | Date | Time In | Signature | Admitted By |
|---|---|---|---|---|---|---|---|
| 11-10-99 | 11:00 | | | | | | |
| 10/5/01 | 1:46 | | | | | | |
| 7/9/01 | | | | | | | |
| 2/28/02 | 1:12 | | | | | | |
| 4/27/03 | 11:49 | | | | | | |
| 8/4/03 | 1:00 | | | | | | |
| 6/6/06 | 10:55 | | | | | | |
| 4/20/06 | 10:12 | | | | | | |
| 4/27 | 10:40 | | | | | | |

0000 541167 (50/pkg)

WACHOVIA00009

**Safe Deposit Box Entry Record – Branch Record, File Numerically**

| | | | | Owner Branch No. | Org No. | Box No. | Customer Type |
|---|---|---|---|---|---|---|---|
| | | Tx ID | | 8045 | OK | 374 | Per. / Non-Pers. |

Box Deputies

JOAN SWITT LANGBORD
2401 PENNSYLVANIA AVE APT 11B
PHILA PA 19130-3040

I hereby appoint (Type Name - Deputy 1)

I hereby appoint (Type Name - Deputy 2)

| Date | Time In | Signature | Admitted By | Date | Time In | Signature | Admitted By |
|---|---|---|---|---|---|---|---|
| 10/3/00 | 11:46 | | | | | | |
| 11/10/ | 1:00 | | | | | | |
| 1/22/03 | 11:37 | | | | | | |
| 2/7/03 | 10 AM | | OL | | | | |
| 6/10/04 | 1:20 | | | | | | |
| 6/13/06 | 1:20 | | NSW | | | | |
| 4/26/04 | 10:30 | | EM | | | | |

0000 541167 (50/pkg)

WACHOVIA00010

# EXHIBIT M

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

BARRY H. BERKE
PARTNER
PHONE 212-715-7560
FAX 212-715-7660
BBERKE@KRAMERLEVIN.COM

June 29, 2006

<u>VIA TELECOPIER & FEDERAL EXPRESS</u>



Daniel P. Shaver, Esq.
General Counsel
The United States Mint
801 9th Street, NW
Washington, DC  20220

Re:   <u>1933 Double Eagle Coins</u>

Dear Mr. Shaver:

I write in response to your June 6, 2006 letter, which in turn responds to the May 8, 2006 Claim for Damage submitted on behalf of the Langbord Family pursuant to 28 U.S.C. § 2675(a) and 28 C.F.R. § 14.2.

I am puzzled by your inquiries with respect to ownership and other issues, given your prior statements of the government's position that "there has been no seizure of any property that is owned by, or that could be claimed to be owned by" the Langbord Family and that, with one exception, "all 1933 Double Eagles are, and always have been, property belonging to the United States." Letter dated December 6, 2005. As you know, we vehemently dispute the government's position and believe it to be wrong as a matter of fact and law. Nevertheless, be advised as follows:

1.   The Coins are the property of Joan, Roy and David Langbord, by virtue of their being the ultimate beneficiaries under the wills of Elizabeth and Israel Switt. Elizabeth Switt died in April 1985 and resided in Philadelphia County, Pennsylvania. Israel Switt died in January 1990 and also resided in Philadelphia County, Pennsylvania.

2.   As you know, the Coins have a value that is not easily estimated, given that only one 1933 Double Eagle gold coin has been sold on the open market in recent years. This single coin sold for approximately $7.59 million. We note as well that other sought-after numismatic



**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

Dan Shaver, Esq.
June 29, 2006
Page 2

rarities have been reported to have sold for substantial seven-figure sums, such as the 1804 Class I Silver Dollar, which reportedly sold for $4,140,000 in 1999; the 1913 Liberty Head Nickel, which reportedly sold for $3 million in 2004; the 1787 Brasher Doubloon, which reportedly sold for $2,990,000 in January, 2005; and the 1907 Ultra High Relief Double Eagle, which also reportedly sold for $2,990,000 in January, 2005.

      3.      For further details concerning the government's tortious and unconstitutional conduct, we hereby refer you to, and attach copies of prior correspondence between the Langbord Family and the government dated July 25, 2005, September 9, 2005 and December 6, 2005.

                Sincerely,

                Barry H. Berke



Enclosures

**0002**

# EXHIBIT N



COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA
ORPHANS' COURT DIVISION

No. W1858 of 1990

ESTATE OF ISRAEL SWITT, DECEASED
SOCIAL SECURITY NUMBER: 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

RENUNCIATION AND DISCLAIMER

KNOW ALL MEN BY THESE PRESENTS, that I, ROY H. LANGBORD, intending to be legally bound hereby, do hereby irrevocably and unqualifiedly release, renounce and disclaim all right, title and interest in and to Paragraph FIFTH, the bequest of the balance of ISRAEL SWITT'S ESTATE, of the Last Will and Testament of ISRAEL SWITT, dated April 28, 1981.

By this Renunciation and Disclaimer, I do hereby intend to irrevocably and unqualifiedly refuse to accept said property and interests, in full compliance with the provisions of Section 2518 of the Internal Revenue Code of 1986, as amended, and Chapter 62 of the Pennsylvania Probate, Estates, and Fiduciaries Code, as amended, 20 Pa. C.S.A. 6201-6207, and thereby make a qualified disclaimer thereunder.

IN WITNESS WHEREOF, we have hereunto set our hands and seals this 11ᵗʰ day of October, 1990.

_____ (SEAL)
ROY H. LANGBORD

I certify that the foregoing or attached is
a true copy of the _Renunciation and Disclaimer_
_signed October 18, 1990 by Judge Langbord_ —
which is of record in the office of the Clerk
of the Orphan's Court Division of the Court
of Common Pleas of Philadelphia County
    Witness my hand and seal of the said
Court this _28th_ day of _February_ AD.20 _07_
                    _Wayne E. Buy_
        Asst. Clerk of Orphans' Court

# EXHIBIT O

1990

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA
ORPHANS' COURT DIVISION

No. W1858 of 1990

ESTATE OF ISRAEL SWITT, DECEASED

SOCIAL SECURITY NUMBER: 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
RENUNCIATION AND DISCLAIMER

KNOW ALL MEN BY THESE PRESENTS, that I, DAVID E. LANGBORD, intending to be legally bound hereby, do hereby irrevocably and unqualifiedly release, renounce and disclaim all right, title and interest in and to Paragraph FIFTH, the bequest of the balance of ISRAEL SWITT'S ESTATE, of the Last Will and Testament of ISRAEL SWITT, dated April 28, 1981.

By this Renunciation and Disclaimer, I do hereby intend to irrevocably and unqualifiedly refuse to accept said property and interests, in full compliance with the provisions of Section 2518 of the Internal Revenue Code of 1986, as amended, and Chapter 62 of the Pennsylvania Probate, Estates, and Fiduciaries Code, as amended, 20 Pa. C.S.A. 6201-6207, and thereby make a qualified disclaimer thereunder.

IN WITNESS WHEREOF, we have hereunto set our hands and seals this ____ day of October, 1990.

_____ (SEAL)
DAVID E. LANGBORD

Sworn to and subscribed before me
this ___ day of _____, 19__

_____
NOTARY PUBLIC

Notarial Seal
Theresa Agnes Novack, Notary Public
Philadelphia, Philadelphia County
My Commission Expires June 23, 1994
Member, Pennsylvania Association of Notaries

I certify that the foregoing or attached is a true copy of the _Renunciation and Disclaimer_ _Signed October 18, 1990 by Judge Langford_ which is of record in the office of the Clerk of the Orphan's Court Division of the Court of Common Pleas of Philadelphia County

Witness my hand and seal of the said Court this _28th_ day of _February_ AD.20 _07_

_Wayne E. Perry_
Asst. Clerk of Orphans' Court

REGISTEROFWILLS0005