# EXHIBIT P

180-98

INVENTORY AND APPRAISEMENT

OF

JEWELRY AND SILVER

AT FAIR MARKET VALUE

FOR

I. SWITT & CO.

130 SOUTH 8th STREET

PHILADELPHIA, PENNSYLVANIA

FREEMAN\FINE ARTS OF PHILADELPHIA, INC.

AUCTIONEERS AND APPRAISERS

1808-10 CHESTNUT STREET, PHILADELPHIA, PA

Samuel M. Freeman, II, Appraiser

July 27, 1998

FREEMAN0043

FREEMAN0044

COMMONWEALTH OF PENNSYLVANIA:
                                    : SS.
COUNTY OF PHILADELPHIA              :

    SAMUEL M. FREEMAN, II, being duly sworn according to law, deposes and says that for the past thirty-four years he has been connected with Freeman/Fine Arts of Philadelphia, Inc., formerly Samuel T. Freeman & Co., Auctioneers and Appraisers, and that a large part of his work during that time has consisted of selling and appraising property of the character herein set forth.

    That on or about July 30, 1998, deponent examined and appraised personal property, including Jewelry and Silver, at 130 South 8th Street, Philadelphia, Pennsylvania, belonging to I. Switt & Co.

    Deponent states that the values fixed by him in the appraisement hereto attached are the fair market values, as of date shown, for the personal property hereinafter described, to the best of his knowledge, information, and belief.

Sworn to and subscribed:
                                    :
Before me this                      :
                                    :
Day of          1998: _____

RECAPITULATION

| 1-5 | Window Area - Jewelry | 86,935.00 |
|---|---|---|
| 5 | Silver | 23,650.00 |
| 6-7 | Main Display Area - North Wall | 13,925.00 |
| 7 | Center Cabinet & Carved Oak Cabinet | 2,400.00 |
| 7-8 | West Wall | 18,010.00 |
| 8-10 | Center Cabinet | 30,645.00 |
| 10 | South Wall and Cases | 32,375.00 |
| 11 | Safe No. 1 | 6,975.00 |
| 11-15 | Safe No. 2 | 61,460.00 |
| 15 | Rear Case | 1,000.00 |
| 16-17 | Second Floor | 99,375.00 |

**T O T A L** ............................................................... **$376,750.00**

FREEMAN0046

## WINDOW AREA

### JEWELRY

| | |
|---|---|
| Tray Garnet Earrings and Pins | 450.00 |
| Tray 10K and 14K Yellow Gold and Colored Stone Rings, 70 pieces, 8 with small Diamonds | 1,900.00 |
| Tray with assorted White and Yellow Gold Rings | 2,100.00 |
| Pair Post Diamond Earrings, Circular diamonds about .70 carat each | 1,500.00 |
| Lavender Jade and Diamond Cluster Ring | 700.00 |
| Pair Diamond and Platinum Scroll Drop Earrings | 2,200.00 |
| Tray assorted Gold Rings, Earrings, etc., small Diamonds and Colored Stones | 2,500.00 |
| Tray assorted Gold and Gold Filled Pins, including $5 Gold Piece Pin, Cameo Portrait Pin | 2,150.00 |
| Tray assorted Pins, Cameo, Colored Stones, etc. | 1,750.00 |
| Tray assorted Pins, Colored Stones, Enameled, Onyx, "Jade", etc. | 1,600.00 |
| Tray assorted Pins, Cameo Portrait, Colored Stones, etc., 43 pieces | 2,000.00 |
| Tray assorted Rings, Colored Stones, 57 pieces | 2,000.00 |
| Tray with 29 Pairs assorted Earrings | 1,150.00 |
| Tray with assorted Pins, Colored Stones including 1 Jade Wheel, 29 pieces | 1,175.00 |
| Tray with assorted Pins, 42 pieces | 1,210.00 |

1

## JEWELRY, continued

| | |
|---|---|
| Tray containing assorted Silver, Gold Filled Belt Buckles, Money Clips, Lipstick, Cigar Holder, approximately 60 pieces | 1,000.00 |
| Tray with 27 pairs Earrings, some with Colored Stones | 400.00 |
| Tray with 30 pairs Earrings, Colored and Semi-precious Stones | 750.00 |
| Tray with 30 pair assorted Earrings, Colored Stones | 750.00 |
| Tray with 63 Gold and Colored Stone Rings, and approximately 35 Gold and Silver Lockets/Pendants | 3,300.00 |
| Tray with approximately 70 assorted Men's Wristwatches | 500.00 |
| Tray with 43 Lady's and 2 Men's Wristwatches, 17 with Diamonds, 1 Gentleman's Patek Philippe | 4,500.00 |
| Tray with assorted Lady's Gold Hunting Case Pocket Watches, Silver Lighters, Sheaffer Fountain Pen, etc. | 2,400.00 |
| Tray with assorted Gold Bead Necklaces, Cross Pendants, Earrings, Cuff Links, etc., approximately 60 pieces | 1,300.00 |
| Tray containing Stickpins, Mosaic Earrings, Football Charms, Silver Matchsafe, etc. | 650.00 |
| Tray with Bracelets, Pendants, Stickpins, approximately 60 pieces | 1,300.00 |
| Tray with assorted Bracelets, mostly Costume, together with Silver Bracelets, etc. | 300.00 |
| Tray with assorted Silver, Marcasite and Metal Pins, approximately 50 pieces | 600.00 |
| Tray with assorted Silver and Costume Pins, Buckles, etc. | 350.00 |

2

FREEMAN0048

## JEWELRY, continued

| | |
|---|---|
| Tray with assorted Cameo Pins, 44 pieces | 2,000.00 |
| Miscellaneous Silver Snuff Boxes, Cigarette Cases, together with Tray of Silver Pins, Bracelets, etc. | 2,200.00 |
| 2 Roll display Stands with approximately 63 Gold Bracelets, Gold and Gold Filled | 6,000.00 |
| Display Stand with Jade, Gold, and Victorian Gold Necklaces, Earrings, 6 pieces | 800.00 |
| Display Stand with 4 Gold Necklaces, 1 Garnet, 2 with Diamonds | 2,000.00 |
| Tray with 80 assorted Rings, Colored Stones and mostly Silver | 750.00 |
| Tray with 66 Silver and Colored Stone Rings | 800.00 |
| Display Stand with Green Quartz Earrings and Pin, 7 pieces | 100.00 |
| Circular Silver Plate Tray with assorted Silver Bands, Buckles, etc., approximately 80 pieces | 1,600.00 |
| White Gold and Diamond Brooch, Oval with Minute Diamonds | 800.00 |
| Diamond and White Gold Brooch, 6 Scrolls with Tiny Diamond Center, Diamond about 1.2 carats | 1,500.00 |
| Small Brass Display Case with 2 Lady's Gold Hunting Case Pocket Watches | 350.00 |
| Gold and Jade Brooch, 3 Oval Jade Inserts, Filigree Setting | 300.00 |
| Gold, Coral and Diamond Bangle | 300.00 |
| 2 Gold Chokers, 1 with Green Stones, together with 3 Hollow Gold Flexible Bracelets, 2 Colored Stone Bracelets, 7 pieces | 2,700.00 |

3

FREEMAN0049

### JEWELRY, continued

| | |
|---|---|
| Diamond and Gold Flexible Bracelet, 66 Minute Diamonds | 600.00 |
| 2 Pairs Diamond Drop Earrings | 3,000.00 |
| Gold Mesh Bracelets, Bangle, Necklace, Slide Bracelets, 5 pieces | 800.00 |
| Mosaic and Enameled Portrait Pins, 3 pieces | 600.00 |
| Pair Ruby and Ivory Drop Earrings, together with Pair Circular Cuff Links with Tiny Sapphires | 200.00 |
| 2 Gold Bangles set with Diamonds, 1 with Dog Head | 450.00 |
| Small Tray of assorted Colored Stone Rings, Smoky Topaz, Citrine, etc., 24 pieces | 1,200.00 |
| 2 Men's Rolex Steel Cased Wristwatches | 1,000.00 |
| Stickpin Holder with 30 Stickpins | 700.00 |
| Tray containing assorted Gold Filled Men's Pocket Watches, 35 pieces | 300.00 |
| Tray with assorted Costume Bracelets, some with "Amber" | 400.00 |
| 14K Yellow Gold and Platinum Walking Stick Handle | 500.00 |
| Tray with assorted Silver and Gold Filled Buckles | 250.00 |
| Small Box with assorted Cigarette Holders, some with Watches | 50.00 |
| Tray containing 14 Men's Gold Pocket Watches, 4 Hunting Case | 2,400.00 |
| Small tray with 30 assorted Rings | 1,000.00 |
| Miscellaneous Men's Pocket and Wristwatches, together with Gold Pen and Pencil Set, 9 pieces | 800.00 |

FREEMAN0050

## JEWELRY, continued

| | | |
|---|---|---|
| Assorted Gold Bracelets and Chokers, 12 pieces | 2,000.00 | |
| Large lot of assorted Colored Stone Bead Necklaces, Silver, Coral, Amethyst, etc., approximately 250 pieces | 6,000.00 | 86,935.00 |

## SILVER

| | | |
|---|---|---|
| French style Silver Bouillabaisse Tureen and Underplate | 15,000.00 | |
| 6 assorted Silver Pots, Coffee and Tea | 1,400.00 | |
| 19th Century American Silver Creamer and Sugar Bowl | 300.00 | |
| Silver Creamers and Sugar Bowl, 8 pieces | 500.00 | |
| Pair Continental Silver 3-Light Candelabra | 300.00 | |
| Sterling Silver Cups, Trophy, Cocktail Shaker, Hot Water Kettle on Stand, Pitcher and Ewer, 10 pieces | 3,000.00 | |
| Assorted Creamers, Sugar Bowls, Marriage Cup, 19 pieces | | |
| American Silver 19th Century Tea Set, 4 pieces | 750.00 | |
| Silver Candlesticks and Candelabra, 3 pairs and 1 odd | 700.00 | |
| Sheffield and Silver Plate Candelabra, 2 pairs and 21 odd | 1,200.00 | |
| Miscellaneous Silver Set, Sauce Pans, Trays, Small Figures, Metal and Pottery Mugs, balance in the window | 500.00 | 23,650.00 |

5

### MAIN DISPLAY AREA

### NORTH WALL

| | |
|---|---|
| Cabinet containing large lot of Silver and China Salt and Pepper Shakers, Open Salts, some Silver Plate (contents of Shelf Cabinet) | 1,500.00 |
| Assorted Silver Candlesticks and Candelabra, mostly Silver Plate, 34 pieces | 700.00 |
| Miscellaneous Silver and Silver Plate Trays, Candy Dish with Cup, Plates, Nut Dishes, Coasters, Cigarette Boxes | 750.00 |
| Miscellaneous Mother-of-Pearl Handled Flatware, mostly Luncheon and Fruit Knives and Serving Pieces | 700.00 |
| 5 assorted Sterling Silver Cocktail Shakers | 500.00 |
| Sterling Silver Candy Compotes, assorted sizes, 44 pieces | 1,200.00 |
| Large Group of assorted Silver Plate Tableware, Teapots, Soup Tureen, Fruit Bowls, Trays, together with small group of Sterling Silver Salt and Pepper Shakers, etc. | 1,400.00 |
| 25 assorted Sterling Silver Trumpet Shaped Flower Vases, many weighted, monogrammed and dented | 1,000.00 |
| 5 Sterling Silver Cocktail Shakers, dents | 600.00 |
| Assorted Sterling Silver Roll Trays and Cake Baskets, 3 pieces | 1,425.00 |
| 84 assorted Sterling Silver Bread Plates | 800.00 |
| Miscellaneous Silver Plate Tableware, Tea and Coffee Sets, Thermos Pitchers, etc., together with assorted Flatware in Cases, odd Serving Pieces, Coasters, Ice Buckets | 1,000.00 |
| Group of Sterling Silver Shot Glasses, Liquor Stands, Wines, etc., 200 pieces | 1,700.00 |

6

FREEMAN0052

## NORTH WALL, continued

| | | |
|---|---|---|
| 19th Century Silver Plate Tea Set | 250.00 | |
| Sterling Silver Octagonal Centerpiece Vase with Verted Rim, Monogrammed | 250.00 | |
| Miscellaneous Silver Carving Sets, 2 Trays, Plastic Bureau Garniture, etc. | <u>150.00</u> | 13,925.00 |

## CENTER CABINET & CARVED OAK CABINET

| | | |
|---|---|---|
| Oak Cabinet containing Silver Topped Bottles, Powder Jar, Costume Buckles, Silver and Metal Boxes, Costume Compacts, Evening Purses, Bureau Garniture, Cigarette Cases, Opera Glasses, Blotters | <u>2,400.00</u> | 2,400.00 |

## WEST WALL

| | |
|---|---|
| 16 Sterling Silver Revere style Fruit bowls (2 are small) | 1,650.00 |
| 7 Pairs Sterling Silver Candy Compotes | 1,050.00 |
| 9 Plastic Containers, Tray, and 1 small Cardboard Box containing Sugar Tong, Knives, Butter Spears, Demitasse Spoons, small Serving Forks, Butter Spreaders, Master Butter Knives | 5,500.00 |
| 3 large Sterling Silver Revere style Bowls | 600.00 |
| 3 large Sterling Silver Fruit Compotes | 410.00 |
| Sterling Silver Cake Tazza, 2 Sterling Silver Fruit Compotes, small Footed Sauce Bowls, Silver Covered Glass Jars, etc., 31 pieces | 750.00 |
| Assorted Flatware, mostly Silver, including Utensils, Serving Pieces, together with Glass and Silver Flasks, etc. | 5,000.00 |
| 5 assorted Sterling Silver 2-Handled Trophy Cups | 250.00 |

7

FREEMAN0053

## WEST WALL, continued

| | | |
|---|---|---|
| American Silver 3-Piece Coffee Set, Cox & Clark, 19th Century | 700.00 | |
| American Silver Teapot and Creamer by Stebbins, 19th Century, 2 pieces | 450.00 | |
| 2 Sterling Silver Hot Water Bottles on Stands, Plymouth by Gorham, Reeded Urn shape | 550.00 | |
| Continental Coffee Pots and Sugar Bowls, 4 pieces, assorted | 300.00 | |
| Sterling Silver and Silver Gilt Sugar Bowls, Trophy Cups, Chalice and Patens, 11 pieces | <u>800.00</u> | 18,010.00 |

## CENTER CABINET

| | |
|---|---|
| 8 Sterling Silver Water Pitchers, assorted | 1,120.00 |
| Assorted Sterling Silver Candy Dishes, Baskets, Small Pin Trays, Butter Pats, etc., 120 pieces | 1,100.00 |
| Sterling Silver Georgian style Coffee Pot and Chocolate Pot, 2 pieces | 450.00 |
| Russian Silver Gilt and Enameled Circular Box, Hinged Lid | 325.00 |
| Assorted Silver Tableware, Mote Spoons, Serving Spoons, Ladle, etc., 41 pieces | 425.00 |
| Assorted Sterling Silver Soup and Toddy Ladles, 24 pieces | 3,300.00 |
| 14 Silver and Coin Plates | 100.00 |
| 16 assorted Sterling Silver Cigarette Boxes, many inscribed | 350.00 |
| 24 assorted Sterling Silver and Continental Silver Soup Ladles | 2,700.00 |

8

FREEMAN0054

## CENTER CABINET, continued

| | |
|---|---|
| Miscellaneous Sterling Silver Mint Servers, Tablespoons, Serving Spoons, Forks, etc., some with Hollow Handles, approximately 250 pieces | 3,000.00 |
| Assorted Ivory and Stone Figures, various sizes, 15 pieces | 3,000.00 |
| International Silver Tea Service, Danish Pattern, 5 pieces | 475.00 |
| Russian Silver and Enameled Napkin Rings and Open Salts, 5 pieces | 800.00 |
| English Silver Repousse Teapot, together with 3-Bottle and Silver Frame Liquor Set, 2 pieces | 425.00 |
| Large Sterling Silver Mounted Easel  Photo Frame | 350.00 |
| 2 Rectangular Sterling Silver Smoking Sets with Lighters, 1 with 6 Ashtrays | 300.00 |
| Pair Sterling Silver Cake Tazzas, copies of Jacob Hurd 18th Century pieces | 350.00 |
| Sterling Silver Trays, Platters, Footed Fruit Compotes, 6 Service Plates, Cake Basket, Butter Dishes, 20 pieces | 2,500.00 |
| Sterling Silver Goblets, Beakers, Open Salts, Gravy Boats, Goblets, Muffineers, 27 pieces | 825.00 |
| 18 assorted Oval Serpentine Sterling Silver Open Vegetable Dishes | 2,300.00 |
| 12 assorted Oval Serpentine Covered Sterling Silver Vegetable Dishes | 2,600.00 |
| Drawer containing 133 pieces of Continental Silver Serving Pieces, small and large, mostly Dutch | 1,100.00 |
| Miscellaneous Sterling Silver Sauce Ladles, approximately 200 pieces | 2,500.00 |

9

FREEMAN0055

## CENTER CABINET, continued

| | | |
|---|---|---|
| Miscellaneous group of Bone and Composition Handled Flatware | 250.00 | 30,645.00 |

## SOUTH WALL AND CASES

| | |
|---|---|
| Miscellaneous Costume Jewelry including Silver Rings, Bracelets, Belts, Necklaces, Gold Filled Charms, Tie Bars, Thimbles, Fountain Pens, contents of 46 varisized trays | 6,500.00 |
| Miscellaneous Gold Filled and 10K Gold Rings, Class Rings, Monogrammed and Colored Stone, together with Sterling Silver and Gold Filled Chains, Gold and Gold Filled Watch Chains, Costume Necklaces, Bracelets, Charms, Watches, etc., contents of 39 assorted sized trays | 11,000.00 |
| Collection of Sterling Silver Hollow Ware including small Candy Bowls, Porringers, Cake Tazza, Cake Tray, Low Fruit Bowls | 7,000.00 |
| Miscellaneous Sterling Silver Creamer and Sugar Bowls; a few sets, mostly odds, approximately 100 pieces | 1,300.00 |
| Miscellaneous Sterling Silver After-Dinner Coffee Pots, together with a few Creamers and Sugar Bowls, 18 pieces | 725.00 |
| Miscellaneous Sterling Silver Creamers and Sugar Bowls, Salt and Pepper Casters, Open Salts, etc., many sets, 190 pieces | 1,600.00 |
| Oak 68-Drawer Parts Cabinet, Watch Cases, Movements, etc. | 3,500.00 |

| | | |
|---|---|---|
| Miscellaneous Gold Filled Jewelry Parts, Medals, Rings, Emblems, Buttons, Gold Filled Portrait Pins, Charms, etc., in 8 cases | 750.00 | 32,375.00 |

10

FREEMAN0056

### *SAFES*

### SAFE No. 1

| | | |
|---|---|---|
| 4 small Drawers containing Ring Settings, Watches, etc., Gold and Gold Filled | 225.00 | |
| Small Drawer containing Wedding Rings, Tie Clips, mostly Gold | 1,000.00 | |
| Drawer containing Gold and Stone Bangles, some as is, approximately 65 pieces | 3,750.00 | |
| 1 Drawer containing Gold Filled Studs | 50.00 | |
| Gold, Onyx and assorted Stone Bar Pins and Dress Pins | 700.00 | |
| 2 Drawers containing Stickpins, with pins, earrings, together with Gold Plated Pin Settings, etc. | 950.00 | |
| Miscellaneous Parts and Material, contained in 10 small drawers, Gold and Gold Filled | <u>300.00</u> | 6,975.00 |

### SAFE No. 2

| | |
|---|---|
| Small Drawer containing assorted Rings with Semi-Precious Stones, many Star Sapphires, Opal Cluster, Diamond Cluster, Green Stone Pendant, 18 pieces | 4,600.00 |
| Weak Cat's Eye and Platinum Man's Ring | 95.00 |
| Diamond and Platinum Ring, Marquise, about 1 carat | 950.00 |
| Emerald and White Gold Ring, about 1.2 carats | 700.00 |
| White Gold and 3 Diamond Ring | 400.00 |
| Aquamarine, Diamond, and White Gold Ring, Oval Aquamarine | 850.00 |

11

FREEMAN0057

**SAFE No. 2, continued**

| | |
|---|---|
| Star Sapphire and Diamond Ring | 300.00 |
| Diamond and Platinum Ring, Diamond about .65 carat | 700.00 |
| Diamond and White Gold 2-Stone Ring (old) | 375.00 |
| Diamond and Platinum Ring, Marquise, about .60 carat | 500.00 |
| Black Diamond Ring | 500.00 |
| Diamond and Platinum Ring, stone about .85 carat | 75.00 |
| Ruby and Platinum Ring, dark, stone 1 carat | 500.00 |
| Diamond and Ruby Cluster Ring, small oval ruby | 350.00 |
| Diamond and Yellow Gold Ring Setting | 270.00 |
| Oval Dark Sapphire and Diamond Ring | 400.00 |
| Yellow Gold and Pink Sapphire Ring with Diamond | 500.00 |
| Emerald Diamond and Platinum Ring, Pear shaped Diamond about 1.2 carats, with Pear shaped Emerald, about 1 carat | 1,800.00 |
| Gold and Diamond Ring Setting, 12 small Square Cut Diamonds | 300.00 |
| White Gold and weak Emerald Ring, large Emerald | 600.00 |
| Yellow Gold and Diamond Ring Setting, Pair Triangular Side Diamonds | 700.00 |
| Yellow Gold and Diamond Cluster Ring | 1,500.00 |
| Star Ruby and White Gold Ring | 650.00 |
| White Gold and Emerald Ring, weak | 350.00 |

FREEMAN0058

## SAFE No. 2, continued

| | |
|---|---|
| Pale Emerald and Diamond Ring | 350.00 |
| Diamond and Gold Band | 250.00 |
| White Gold and Black Diamond Ring, round stone | 900.00 |
| Sapphire and Diamond Ring, round sapphire | 1,200.00 |
| Diamond and Platinum Ring, emerald cut, about .70 carat | 800.00 |
| Rustic Yellow Gold Star Sapphire and Diamond Ring, .50 carat diamond | 700.00 |
| Platinum, Sapphire, and Diamond Ring, oblong sapphire | 1,800.00 |
| Yellow Gold and Diamond Solitaire Ring, about .50 carat | 650.00 |
| Pearl and Platinum Ring, about 11mm. | 400.00 |
| Gold and Round Cat's Eye Ring | 400.00 |
| White Gold and Diamond Cluster Ring, 19 Diamonds | 850.00 |
| 18k White Gold and Diamond 3-Stone Ring | 200.00 |
| White Gold and Diamond Ring (poor color) | 200.00 |
| White Gold enhanced Ruby and Diamond Cluster Ring, round stone | 575.00 |
| Small Cardboard Box containing approximately 31.5 oz. of 10K and 14K Yellow Gold | 3,600.00 |
| 51 assorted Yellow and White Gold Diamond and White Sapphire Rings | 1,500.00 |

13

## SAFE No. 2, continued

| | |
|---|---|
| Small Cardboard Box containing Pairs of 10K and 14K Yellow Gold Cuff Links, some set with Jade, Turquoise and small Pearls | 1,000.00 |
| Small Cardboard box containing Gold, Enameled, and Colored Stone Cuff Links | 1,250.00 |
| Small Square Box containing assorted Gold Jewelry, Pins, Pendants, Settings, etc., 72 pieces | 450.00 |
| Leather Case containing 72 assorted Gold, Silver and Colored Stone Stickpins | 1,800.00 |
| Drawer containing approximately 79 assorted Lady's Pocket Watches, mostly Open Face, some with Chains, some Gold Filled | 3,950.00 |
| Small Ring Box containing 75 assorted Diamond, White Gold, Platinum, and Yellow Gold small Diamond Engagement Rings and Wedding Sets | 2,625.00 |
| Small Ring Box containing 64 assorted Wedding Bands, Gold Settings, Cubic Zirconium and White Sapphires | 2,560.00 |
| Leather Case containing assorted Diamond Melees | 750.00 |
| Small Drawer of assorted Cultured Pearl Necklaces, etc. | 750.00 |
| Small Drawer containing Gold, Gold Filled, and Silver Pocket Watches and Wristwatches, approximately 31 pieces | 600.00 |
| Small Drawer containing assorted Gold and Gold Filled Findings and Jewelry Parts | 400.00 |
| Drawer containing assorted Watch Chain Parts in Gold, Platinum, Silver, etc. | 1,500.00 |
| Drawer containing assorted Seed Pearl Jewelry, Jewelry Parts, Opal Bead Necklaces (4), etc. | 1,500.00 |

14

FREEMAN0060

**SAFE No. 2, continued**

| | | |
|---|---:|---:|
| Drawer containing Ivory, Coral, Lapis,<br>Rose Quartz Beads and Bead Necklaces | 600.00 | |
| Assorted 14K Yellow Gold Cigarette Cases,<br>together with 13 assorted Gold Case Lighters | 4,500.00 | |
| Drawer containing assorted Coral Jewelry<br>Parts, Tortoise Shell Combs, Necklaces,<br>Lockets, and small Pearls | 300.00 | |
| Drawer containing Loose Pearls | 250.00 | |
| Small Drawer containing Jewelry Parts,<br>Settings, etc. | 1,400.00 | |
| Small Ring Box containing White and<br>Yellow Gold Settings, a few with stones,<br>approximately 70 pieces | 85.00 | |
| Small Ring Box containing 74 White and<br>Yellow Gold Ring Settings | 475.00 | |
| Small Ring Box containing approximately<br>80 10K and 14K White and Yellow Gold<br>Ring Settings | 750.00 | |
| Ring Box containing approximately 140 White<br>and Yellow Gold Ring Settings | 950.00 | |
| Ring Box containing 64 10K White and Yellow<br>Men's Ring Mountings | 375.00 | |
| Ring Box containing 63 10K Yellow and<br>White Gold Men's Ring Settings | 300.00 | 61,460.00 |

**REAR CASE**

| | | |
|---|---:|---:|
| Miscellaneous Sterling Silver Flatware | 500.00 | |
| 2 Canvas Bags containing broken "scrap"<br>Silver, about 150 oz. | 500.00 | 1,000.00 |

15

### SECOND FLOOR

| | |
|---|---|
| 3 Large Cabinets' Contents, China and Glass | 225.00 |
| 7 assorted Flat Silver Cases containing assorted Flatware in Sets and Part Sets | 1,800.00 |
| 7 assorted Sterling Silver Flatware Sets in Cases and loose; Floral Repousse, etc. | 3,800.00 |
| 8 assorted Sterling Silver Flatware Sets in Cases | 3,500.00 |
| 13 assorted Sterling Silver Flatware Sets in Cases | 4,700.00 |
| 6 assorted Sterling Silver Flatware Sets in Cases | 2,200.00 |
| 6 assorted Sterling Silver Flatware Sets in Cases | 1,500.00 |
| Sterling Silver Flatware Set in Mahogany Case | 1,000.00 |
| 8 Sterling Silver Flatware Sets in Cases | 2,700.00 |
| 7 Sterling Silver Flatware Sets in Cases | 2,500.00 |
| 8 Sterling Silver Flatware Sets in Cases | 2,300.00 |
| 10 Sterling Silver Flatware Sets in Cases | 3,200.00 |
| 6 Sterling Silver Flatware Sets in Cases | 1,950.00 |
| 7 Sterling Silver Flatware Sets in Cases and loose | 2,200.00 |
| 6 Sterling Silver Flatware Sets in Cases | 2,500.00 |
| 11 Sterling Silver Flatware Sets in Cases | 4,400.00 |
| 9 Sterling Silver Flatware Sets in Cases | 3,000.00 |
| Silver Plate and Mother-of-Pearl Handled Flatware in Case | 150.00 |
| 9 Sterling Silver Flatware Sets in Cases | 2,600.00 |
| Oval and Oval Sterling Silver Serpentine Roast Platter, and 2-Handled Tray with Thread-Molded Border | 700.00 |

16

FREEMAN0062

### SECOND FLOOR, continued

| | | |
|---|---|---|
| 10 Sterling Silver Flatware Sets in Cases | 3,700.00 | |
| 4 Sterling Silver Flatware Sets in Cases | 1,400.00 | |
| 9 Sterling Silver Flatware Sets in Cases | 3,800.00 | |
| 47 assorted Sterling Silver and Mexican Silver Trays, Flower Vases, Centerpiece Bowls, Vegetable Dish Covers, etc., contained in and on 3 Countertop Cabinets | 6,500.00 | |
| Miscellaneous Sterling Silver Small Serving Pieces, Sherbets, Candy Trays, Bowls, etc., balance in above 3 cabinets and contained in 3 cardboard cartons | 2,200.00 | |
| Gorham Silver Plate Tea Service, Plymouth, 5 pieces | 450.00 | |
| Miscellaneous Sterling Silver, Silver Plate, Brass Candelabra, Trays, 5 cartons, etc., contained in middle of room | 1,400.00 | |
| Miscellaneous Sterling Silver and Silver Plate Hollow Ware contained in and on 5 countertop cabinets on the north wall | 8,000.00 | |
| Miscellaneous China and Glassware contained in the wall cabinet on the north wall | 500.00 | |
| 25 Sterling Silver Tea Services, After-Dinner Coffee Services and Tea and Coffee Services (25 sets) contained in the north wall cases | 8,500.00 | |
| 76 Sterling Silver pieces of Hollow Ware, Hot Water Bottles, Trays, Compotes, etc. | 13,000.00 | |
| Miscellaneous small Sterling Silver and Silver Plate Serving Pieces, balance in the north wall cabinets | 3,000.00 | 99,375.00 |

T OT A L .................................................................... $376,750.00

17

FREEMAN0063