# EXHIBIT Q

34-00

INVENTORY AND APPRAISEMENT

FOR FAIR MARKET VALUE

OF

PERSONAL PROPERTY

AT

130 SOUTH 8TH STREET

PHILADELPHIA, PA

FOR

I. SWITT & CO.

FEBRUARY 16, 2000

## SAMUEL T. FREEMAN & CO.
### AUCTIONEERS AND APPRAISERS
### 1808 CHESTNUT STREET, PHILADELPHIA

Samuel M. Freeman, II, Appraiser

FREEMAN0027

COMMONWEALTH OF PENNSYLVANIA:
:SS.
COUNTY OF PHILADELPHIA          :

SAMUEL M. FREEMAN, II, being duly sworn according to law, deposes and says that for the past forty years, he has been connected with Samuel T. Freeman & Co., Auctioneers and Appraisers, and that a large part of his work during this time has consisted of selling and appraising property of the character herein set forth.

That on or about February 16, 2000, deponent examined and appraised the personal property located at 130 South 8th Street, Philadelphia, Pa., belonging to I. Switt & Co.

Deponent states that the values fixed by him in the appraisement hereto attached are the fair market values, as of the above date, for the personal property hereinafter described, to the best of his knowledge, information and belief.

Sworn to and subscribed:
                          :
before me this            :
                          :
Day of        2000:_____

## RECAPITULATION

| | | |
|---|---|---|
| 1 | Fourth Floor | $365.00 |
| 1-5 | Third Floor | 11,615.00 |
| 5 | Second Floor | 4,100.00 |
| 6 | Basement | 5,800.00 |
| | **Total** | **$21,880.00** |

FREEMAN0029

**Fourth Floor**

| | | |
|---|---|---|
| **Pine Hutch Table** | 200.00 | |
| **Windsor Comb Back Armchair,** with circular writing arm and drawer | 100.00 | |
| **Child's Late Victorian Folding High Chair,** cane seat and back (as is) | 25.00 | |
| **Miscellaneous Group,** arm rocker with fibre seat, bar stool, office armchairs, costumer, 7 pieces | 15.00 | |
| **Miscellaneous Group,** candelabrum, silver plate (some as is), 8 pieces | <u>25.00</u> | 365.00 |

**Third Floor**

| | |
|---|---|
| **Stained Open Hutch Cabinet** | 150.00 |
| **Framed Steel Engraving,** seated Napoleon | 50.00 |
| **Framed Steel Engraving,** historical figures spanning many centuries | 75.00 |
| **Large Steel Engraving,** *The Iron Workers and Solomon,* in oak frame | 100.00 |
| **Oak Specimen Cabinet,** thirteen graduated doors with side lock | 75.00 |
| **Silver Plate Hanging Lantern** (in poor condition) | 40.00 |
| **Large Cardboard Carton,** containing sterling silver and silver plate trays, centerpiece, bowls, platters (one as is), compotes, trophy cups (engraved), cake trays, etc. approximately 40 pieces | 1,000.00 |

1

FREEMAN0030

**Smaller Cardboard Carton,** containing
sterling silver candy dishes, small trays,
small compotes, cake tray, bread and
butter plates, etc., approximately 50 pieces          700.00

**Cardboard Carton,** containing
sterling silver vases, bowls, cake trays,
trophy cups, etc., approximately 40 pieces            900.00

**Group of Sterling Silver,**
vases, large cocktail shaker, two handled
loving cup, many engraved as trophies,
21 pieces                                             850.00

**Copper Two Handled Hot Water Urn**
(lid missing)                                          10.00

**Small Carton,** containing
low fruit bowls, 11 pieces                            250.00

**Sterling Silver Weighted Base
Trumpet Vases,** various shapes
and sizes, 11 pieces                                  450.00

**Sterling Silver Cake Tray
and Low Fruit Dishes,** 11 pieces                     250.00

**Sterling Silver Trays, Roll Dishes,
Compotes, Candelabra Arms, Etc,**
in one small and one medium size carton
(poor condition), approximately 40 pieces             400.00

**Sterling Silver Eleven Inch Revere Style
Bowl,** inscribed as a presentation (thin)             70.00

**Silver Plated Cruet Stand**                          10.00

**Miscellaneous Sterling Silver,**
small candy trays, candy dishes,
oval trays, two handled trophy cup,
cups, etc., many engraved,
approximately 60 pieces
(in two small cardboard cartons)                      800.00

2

FREEMAN0031

**Cardboard Carton,** containing
assorted sterling silver trophy cups,
mostly small, one cocktail shaker
(no lid), large trophy cup with
bent base, approximately 25 pieces                    300.00

**Small Cardboard Carton,** containing
sterling silver trays, low bowls,
approximately 15 pieces                               300.00

**Basket,** containing miscellaneous
sterling silver oval and circular trays,
in various sizes, low fruit dishes,
together with fruit bowls, etc. loose
on shelf, approximately 75 pieces
(many engraved, some bent)                            900.00

**Group of Assorted Sterling Silver,**
trumpet vases, silver plate cocktail shaker,
creamers, tea caddies, goblet, tray,
candlesticks, twin handled bowl,
on shelf (tarnished and dented),
23 pieces                                             300.00

**Miscellaneous Sterling Silver,**
candlesticks, compotes, cup plates,
coasters, candy bowl, roll basket,
fruit baskets, contents of small box
(all light)                                           125.00

**Small Cardboard Carton,** containing
assorted graduated Revere type bowls,
candy dishes, tea pots and coffee pots,
fruit compote, etc., many pieces engraved,
many pieces as is                                     300.00

**Large Cardboard Carton,** containing
collection of trophy cups, all engraved,
both small and medium in size, together
with large cake tazza, 21 pieces                      225.00

**Small Cardboard Carton,** containing
medium size trophy cup and small bowls,
15 pieces (many engraved)                             100.00

3

FREEMAN0032

**Miscellaneous Sterling Silver,**
fruit bowls, roll tray, small butter chips,
vases, cups, candlestick parts, candelabra
tops, contents of two cartons                                    200.00

**Small Cardboard Carton,** containing
sterling silver weighted base compotes,
candy dishes, low fruit bowl, etc.,
approximately 25 pieces
(light, many dented)                                             225.00

**Three Cardboard Cartons,** containing
cuff links, collar buttons, stick pins,
mostly gold plated, gold washed,
some with colored stones                                          75.00

**Small Carton,** containing assorted
sterling silver roll trays, fruit dishes,
etc., 26 pieces                                                  300.00

**Two Sterling Silver Cocktail Shakers,**
one large, one smaller with monogram                             100.00

**Cardboard Carton,** containing
sterling silver candy bowls, fruit bowls,
etc., approximately 30 pieces
(some dented, many engraved)                                     400.00

**Small Carton,** containing
assorted silver lids and small trays                             100.00

**Small Carton,** containing
sterling silver bowls, after dinner coffee pot,
demitasse saucers, bread trays,
approximately 100 pieces                                         600.00

**Three Wooden Gold Scales,**
one without cover                                                 75.00

**Large Group of Miscellaneous
Silver Plate Tableware,** including
casserole frames, trays, candlesticks,
vegetable dish covers, etc.,
in three large boxes and loose                                    30.00

4

FREEMAN0033

**Group of Assorted Pottery,**
and some bone china tableware,
contents of twelve (12) cartons,
odd pieces, partial sets                                               100.00

**Mahogany Finished Single Glass
Door Bookcase**                                                         40.00

**Oak Twin Handled Countertop
Twenty-six Drawer Specimen
Cabinet,** with side locks                                              40.00

**Viola and Four Assorted Violins,**
in various states of disrepair, together
with tenor banjo and guitar, 7 pieces,
together with trumpet in case and
two odd bows                                                            75.00

**Very Large Lot of Assorted Silver
Plate Tableware,** including tea pots
and coffee pots, creamer, sugars,
candlesticks, candelabrum, trophy
bowls, plates, trays, compotes,
cocktail shakers, hot water urns,
casserole stands, over 1,000 pieces
(balance in large room on center section
and side section)                                                      400.00

**Large Group of Assorted Costume
Jewelry,** contents of five cardboard cartons                           25.00

**Pair of Brass Wall Sconces,**
suspended with prisms                                                  100.00      11,615.00

### Second Floor

**Yellow Gold Twin Handled Philadelphia
Challenge Cup,** engraved with numerous
names, weight: approximately 24.5 ounces
(we consider this cup 14K gold, not marked),
made by Bailey, Banks & Biddle                                        4,100.00      4,100.00

5

FREEMAN0034

## Basement

**Eight Assorted Sized Metal Storage
Drawers,** containing sterling silver
and silver plate tops, butter jar, trays
and butter dish drains, buttonhooks,
shoe horns, alcohol burners, warming
stands and hot water kettles, etc.,
soap dishes, perfume bottles, tops
and decanter tops                                          1,200.00

**Miscellaneous Sterling Silver and
Silver Plate,** salt and pepper shaker
tops, bureau garniture, including nail files
and flatware handles, comb handles, silver
and gold plated mechanical pencils
(contents of eleven varisized drawers)                    1,800.00

**Small Oak Table Top Case,**
with six specimen drawers, including jewelry
parts, loose stones, cameo blanks and loose
small cameo shell cameos (many chipped)                    300.00

**Four Steel Stacked Drawers,** containing
few silver mirrors and bobeches
to candlesticks and candelabra                             400.00

**Large Group of Assorted Silver Plated
Ware,** including bowls, trays, platters
and new holders for mustard, horseradish,
ketchup and A-1 sauce holders,
metal watch case parts, costume jewelry,
contents of basement in steel boxes,
cardboard boxes, cabinets                                 1,000.00

**Mahogany Bow Front China Cabinet,**
one side curved panel as is, curved front door            100.00

**Collection of Miscellaneous Sterling Silver
Flatware,** mostly knives and odd pieces
(no sets, some as is), approximately 700 pieces     1,000.00       5,800.00

Total ..................................................................................................$21,880.00

6

FREEMAN0035

### Fourth Floor

| | |
|---|---|
| **Pine Hutch Table** | 200.00 |
| **Windsor Comb Back Armchair,** with circular writing arm and drawer | 100.00 |
| **Child's Late Victorian Folding High Chair,** cane seat and back (as is) | 25.00 |
| **Miscellaneous Group,** arm rocker with fibre seat, bar stool, office armchairs, costumer, 7 pieces | 15.00 |
| **Miscellaneous Group,** candelabrum, silver plate (some as is), 8 pieces | 25.00 |

*365* ——

### Third Floor

| | |
|---|---|
| **Stained Open Hutch Cabinet** | 150.00 |
| **Framed Steel Engraving,** seated Napoleon | 50.00 |
| **Framed Steel Engraving,** historical figures spanning many centuries | 75.00 |
| **Large Steel Engraving,** *The Iron Workers and Solomon,* in oak frame | 100.00 |
| **Oak Specimen Cabinet,** thirteen graduated doors with side lock | 75.00 |
| **Silver Plate Hanging Lantern** (in poor condition) | 40.00 |
| **Large Cardboard Carton,** containing sterling silver and silver plate trays, centerpiece, bowls, platters (one as is), compotes, trophy cups (engraved), cake trays, etc. approximately 40 pieces | 1,000.00 |

FREEMAN0037

**Smaller Cardboard Carton,** containing
sterling silver candy dishes, small trays,
small compotes, cake tray, bread and
butter plates, etc., approximately 50 pieces                    700.00

**Cardboard Carton,** containing
sterling silver vases, bowls, cake trays,
trophy cups, etc., approximately 40 pieces                      900.00

**Group of Sterling Silver,**
vases, large cocktail shaker, two handled
loving cup, many engraved as trophies,
21 pieces                                                       850.00

**Copper Two Handled Hot Water Urn**
(lid missing)                                                    10.00

**Small Carton,** containing
low fruit bowls, 11 pieces                                      250.00

**Sterling Silver Weighted Base**
**Trumpet Vases,** various shapes
and sizes, 11 pieces                                            450.00

**Sterling Silver Cake Tray**
**and Low Fruit Dishes,** 11 pieces                            250.00

**Sterling Silver Trays, Roll Dishes,**
**Compotes, Candelabra Arms, Etc,**
in one small and one medium size carton
(poor condition), approximately 40 pieces                      400.00

**Sterling Silver Eleven Inch Revere Style**
**Bowl,** inscribed as a presentation (thin)                    70.00

**Silver Plated Cruet** Stand                                   10.00

**Miscellaneous Sterling Silver,**
small candy trays, candy dishes,
oval trays, two handled trophy cup,
cups, etc., many engraved,
approximately 60 pieces
(in two small cardboard cartons)                               800.00

2

**Cardboard Carton,** containing
assorted sterling silver trophy cups,
mostly small, one cocktail shaker
(no lid), large trophy cup with
bent base, approximately 25 pieces                         300.00

**Small Cardboard Carton,** containing
sterling silver trays, low bowls,
approximately 15 pieces                                    300.00

**Basket,** containing miscellaneous
sterling silver oval and circular trays,
in various sizes, low fruit dishes,
together with fruit bowls, etc. loose
on shelf, approximately 75 pieces
(many engraved, some bent)                                 900.00

**Group of Assorted Sterling Silver,**
trumpet vases, silver plate cocktail shaker,
creamers, tea caddies, goblet, tray,
candlesticks, twin handled bowl,
on shelf (tarnished and dented),
23 pieces                                                  300.00

**Miscellaneous Sterling Silver,**
candlesticks, compotes, cup plates,
coasters, candy bowl, roll basket,
fruit baskets, contents of small box
(all light)                                                125.00

**Small Cardboard Carton,** containing
assorted graduated Revere type bowls,
candy dishes, tea pots and coffee pots,
fruit compote, etc., many pieces engraved,
many pieces as is                                          300.00

**Large Cardboard Carton,** containing
collection of trophy cups, all engraved,
both small and medium in size, together
with large cake tazza, 21 pieces                           225.00

**Small Cardboard Carton,** containing
medium size trophy cup and small bowls,
15 pieces (many engraved)                                  100.00

3

FREEMAN0039

**Miscellaneous Sterling Silver,**
fruit bowls, roll tray, small butter chips,
vases, cups, candlestick parts, candelabra
tops, contents of two cartons                                    200.00

**Small Cardboard Carton,** containing
sterling silver weighted base compotes,
candy dishes, low fruit bowl, etc.,
approximately 25 pieces
(light, many dented)                                             225.00

**Three Cardboard Cartons,** containing
cuff links, collar buttons, stick pins,
mostly gold plated, gold washed,
some with colored stones                                         75.00

**Small Carton,** containing assorted
sterling silver roll trays, fruit dishes,
etc., 26 pieces                                                  300.00

**Two Sterling Silver Cocktail Shakers,**
one large, one smaller with monogram                             100.00

**Cardboard Carton,** containing
sterling silver candy bowls, fruit bowls,
etc., approximately 30 pieces
(some dented, many engraved)                                     400.00

**Small Carton,** containing
assorted silver lids and small trays                             100.00

**Small Carton,** containing
sterling silver bowls, after dinner coffee pot,
demitasse saucers, bread trays,
approximately 100 pieces                                         600.00

**Three Wooden Gold Scales,**
one without cover                                                75.00

**Large Group of Miscellaneous
Silver Plate Tableware,** including
casserole frames, trays, candlesticks,
vegetable dish covers, etc.,
in three large boxes and loose                                   30.00

**Group of Assorted Pottery,**
and some bone china tableware,
contents of twelve (12) cartons,
odd pieces, partial sets        100.00

**Mahogany Finished Single Glass
Door Bookcase**        40.00

**Oak Twin Handled Countertop
Twenty-six Drawer Specimen
Cabinet,** with side locks        40.00

**Viola and Four Assorted Violins,**
in various states of disrepair, together
with tenor banjo and guitar, 7 pieces,
together with trumpet in case and
two odd bows        75.00

**Very Large Lot of Assorted Silver
Plate Tableware,** including tea pots
and coffee pots, creamer, sugars,
candlesticks, candelabrum, trophy
bowls, plates, trays, compotes,
cocktail shakers, hot water urns,
casserole stands, over 1,000 pieces
(balance in large room on center section
and side section)        400.00

**Large Group of Assorted Costume
Jewelry,** contents of five cardboard cartons        25.00

**Pair of Brass Wall Sconces,**
suspended with prisms        <u>100.00</u>     *11,615 00*

### Second Floor

**Yellow Gold Twin Handled Philadelphia
Challenge Cup,** engraved with numerous
names, weight: approximately 24.5 ounces
(we consider this cup 14K gold, not marked),
made by Bailey, Banks & Biddle        *4100* need.price *     *4,100*

*5*

FREEMAN0041

**Basement**

**Eight Assorted Sized Metal Storage
Drawers,** containing sterling silver
and silver plate tops, butter jar, trays
and butter dish drains, buttonhooks,
shoe horns, alcohol burners, warming
stands and hot water kettles, etc.,
soap dishes, perfume bottles, tops
and decanter tops                                          1,200.00

**Miscellaneous Sterling Silver and
Silver Plate,** salt and pepper shaker
tops, bureau garniture, including nail files
and flatware handles, comb handles, silver
and gold plated mechanical pencils
(contents of eleven varisized drawers)                     1,800.00

**Small Oak Table Top Case,**
with six specimen drawers, including jewelry
parts, loose stones, cameo blanks and loose
small cameo shell cameos (many chipped)                     300.00

**Four Steel Stacked Drawers,** containing
few silver mirrors and bobeches
to candlesticks and candelabra                              400.00

**Large Group of Assorted Silver Plated
Ware,** including bowls, trays, platters
and new holders for mustard, horseradish,
ketchup and A-1 sauce holders,
metal watch case parts, costume jewelry,                    1500.
contents of basement in steel boxes,
cardboard boxes, cabinets                                  need.price *

**Mahogany Bow Front China Cabinet,**
one side curved panel as is, curved front door              100.00

**Collection of Miscellaneous Sterling Silver
Flatware,** mostly knives and odd pieces
(no sets, some as is), approximately 700 pieces           1,000.00      5,800 —

**Total**
                                                     6    $ 21,880

# EXHIBIT R



# KRAMER LEVIN NAFTALIS & FRANKEL LLP

BARRY H. BERKE
PARTNER
PHONE 212-715-7560
FAX 212-715-7660
BBERKE@KRAMERLEVIN.COM

July 25, 2005

VIA TELECOPIER & FEDERAL EXPRESS

Dan Shaver, Esq.
General Counsel
The United States Mint
801 9th Street, NW
Washington, DC 20220

Re:   1933 Double Eagle Coins

Dear Dan:

I write regarding the Langbord family's recent discovery of ten 1933 Double Eagle gold coins, and the United State's Mint's apparent decision to respond to their voluntary disclosure of these remarkable coins by seeking to retain them.

As you know, the Langbord family has handled their discovery of these numismatic treasures in an extraordinarily forthright and open manner. On September 22, 2004, the Langbord family, while fully reserving all of their rights to the coins, made their 1933 Double Eagles available to the Mint to enable the government to test the coins for authenticity and secure the coins while the Langbord family and the government discussed resolving any issues relating to the coins. They have attempted to work cooperatively with the United States Mint, and have been patient as the government took nearly nine months to decide how to respond to their discovery, and took nearly as long to finally test the Langbord 1933 Double Eagles and confirm their authenticity.

The Langbord family is extremely disappointed that despite this deliberative process and agreement that the coins are actual 1933 Double Eagles, the Mint has rejected their good faith efforts to amicably resolve any issues relating to their coins, and instead has taken the untenable position that it will attempt to retain their 1933 Double Eagles. The government's position wholly ignores (i) that the Mint only became aware of the coins because the Langbord family freely brought their coins to the government's attention, (ii) the factual and legal reasons that the coins should be freely traded like every other numismatic treasure with a colorful history, (iii) the Mint's own recognition of the numismatic interest in the 1933 Double eagle and the salutary effect of making the coin available for public sale, and (iv) that the government will not be able to show how the 1933 Double Eagles left the Mint over 70 years ago or that the coins are subject to forfeiture.



# KRAMER LEVIN NAFTALIS & FRANKEL LLP

Dan Shaver, Esq.
July 25, 2005
Page 2

The Mint's recent actions in the face of the Langbord family's exemplary conduct in voluntarily apprising the Mint of their discovery of these ten 1933 Double Eagles prove the adage that "no good deed goes unpunished." But for the Langbord family contacting the Mint and informing it that they had discovered these extremely valuable 1933 Double Eagles, the Mint would not have even known that these ten 1933 Double Eagles existed, let alone been in a position to voice an opinion concerning their disposition. The Mint's apparent decision to respond to the Langbord family's good faith efforts by attempting to take their 1933 Double Eagles will certainly discourage others in the future from cooperating with the Mint regarding numismatic rarities.

Moreover, the government's actions are also inconsistent with how it has treated other coins of numismatic interest that have a purported "colorful background." Such coins have been bought and sold without government intervention and, in some cases, with the government's blessing. For example, the government has long permitted the numismatic community to enjoy the 1913 Liberty Nickel, which has regularly been sold in high-profile auctions, including as recently as last month when one specimen sold for $4.15 million. The Mint was not authorized to strike any Liberty nickels with a 1913 date since the Indian Head "Buffalo" nickel design had been adopted for use on all 1913 nickels. The 1913 Nickels were, in the words of CNN, "minted illegally, possibly by a mint official. They were never put into circulation and were considered illegal to own for many years because they were not regular issue." ("Rare Nickel Sells for $4 Million," *CNN.com*, June 2, 2005). Nonetheless, the government took no action to interfere with this (or any other) sale of the 1913 Liberty Nickel, or with the ownership of this coin within the numismatic community.

Similarly, as we know well, the Mint sanctioned the public auction of a 1933 Double Eagle, an event the Mint trumpeted on its own website until very recently. In connection with this auction, the Mint made clear that it fully recognizes the numismatic interest in these coins having noted that "this storied coin has been the center of international numismatic intrigue for more than seventy years," (Mint Director Henrietta Holsman Fore, *U.S. Mint Website*, press release of prior sale of 1933 Double Eagle), and that "[t]he 1933 Double Eagle has, since the year of its creation, been the stuff of legend." (*U.S. Mint Website*). Moreover, the Mint specifically acknowledged the great benefit in making these coins available for purchase and sale. In the words of Mint Director Henrietta Holsman Fore, describing the Sotheby's auction of that 1933 Double Eagle (which resulted in millions of dollars in proceeds for the government):

> We are very pleased with the sale. This coin, once worth only $20, should reinforce the notion that there is tremendous value in coin collecting it is not only an enjoyable hobby, but also an interesting and historically rich pursuit marked by exciting occasions such as this one.

KL3:2455022.1

0002

# KRAMER LEVIN NAFTALIS & FRANKEL LLP



Dan Shaver, Esq.
July 25, 2005
Page 3

(*U.S. Mint Website*).  The Mint's decision to try to prevent collectors from freely trading these numismatic legends is entirely inconsistent with the Mint's own practices and policies and unjustified as a matter of fact and law.

Finally, there is no basis for the government to seek forfeiture of the Langbord family's 1933 Double Eagles.  The government will not be able to establish based on any reliable or admissible evidence how the 1933 Double Eagles left the Mint over 70 years ago or that the coins are subject to forfeiture.

For all of these reasons, we urge the Mint to reconsider its position.  Otherwise, now that the testing of their 1933 Double Eagles has been completed, the Langbord family requests that their coins be immediately returned.

Very truly yours,

Barry H. Berke

# EXHIBIT S

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

BARRY H. BERKE
PARTNER
PHONE 212-715-7560
FAX 212-715-7660
BBERKE@KRAMERLEVIN.COM

May 8, 2006

<u>VIA FEDERAL EXPRESS AND FACSIMILE</u>

Daniel P. Shaver, Esq.                David A. Lebryk
Chief Counsel                       Deputy Director
United States Mint              United States Mint
801 9th Street, NW             801 9th Street, NW
Washington, D.C. 20220       Washington, D.C. 20220

Re:    **CLAIM FOR DAMAGE** - 1933 Double Eagle Coins

Dear Messrs. Shaver and Lebryk:

       I am writing to submit a damages claim on behalf of my clients, Joan Langbord, Roy Langbord and David Langbord (the "Langbord Family"). *See, e.g.*, 18 C.F.R. § 14.2. As previously stated in the Langbord Family's Seized Asset Claim submitted on September 9, 2005, the government has unlawfully seized, forfeited and converted ten 1933 Double Eagle gold coins ("1933 Double Eagle gold coins" or "Coins") belonging to the Langbord Family. By its unlawful actions, the Department of the Treasury and the United States Mint deprived the Langbord Family of its property, resulting in damages in the amount of the value of the Coins. Below are the details of its claim.

## Claimants

1.  **Joan Langbord**, with an address of Dolphin Towers, 101 South Gulfstream Avenue, Apt. 10K, Sarasota, FL 34236 and 2401 Pennsylvania Avenue, Apt. 11B-21, Philadelphia, P.A. 19130. Date of birth is 3/12/1930. Married. Store owner of I. Switt Jewelry, with an address of 130 S. 8th Street, Philadelphia, PA 19107, (215) 922-3830.

2.  **Roy Langbord**, with an address of 302 West 77th Street, New York, N.Y. 10024. Date of birth is 7/19/1952. Married. Self-employed.

3.  **David Langbord**, with an address of 1573 Bay Point Drive, Virginia Beach, V.A. 23454. Date of birth is 5/10/1955. Married. Self-employed.

### Basis of Claim

In August 2004, counsel for the Langbord Family notified Daniel P. Shaver, Chief Counsel of the United States Mint ("the Chief Counsel"), that the Family owned and was in possession of ten 1933 Double Eagle gold coins.

Shortly thereafter, the United States Mint ("the Mint") requested the opportunity to test these 1933 Double Eagle gold coins to confirm that they were authentic. This request was documented in a letter dated September 21, 2004 from counsel for the Langbord Family to the Chief Counsel: "At the request of the United States Mint, Roy Langbord will make the Coins available to the government on Wednesday, September 22, 2004 based on our understanding that the government will test the Coins for authenticity and secure the Coins while we discuss a possible resolution of the issues relating to the Coins." The Langbord Family expressly reserved all of its rights: "This agreement to make available the Coins as described above is without prejudice to all of my clients' rights and remedies existing at law, in equity, or otherwise. We specifically reserve all rights and remedies with respect to the Coins." Moreover, the letter explicitly referred to the Langbords' "ownership of ten 1933 Double Eagles."

Pursuant to this agreement, the Mint took the Coins in Philadelphia, Pennsylvania on September 22, 2004. Specifically, the Chief Counsel, others from the Mint, and agents employed by the United States Secret Service entered Sovereign Bank, 2000 Market Street, Philadelphia, Pennsylvania on September 22, 2004, at which time Roy Langbord removed the Langbord Family's Coins from a safe deposit box and the government took the Coins.

In June 2005, the Chief Counsel advised counsel for the Langbord Family that the Mint had authenticated the Langbords' 1933 Double Eagles, and confirmed that the Coins were, in fact, genuine.

By letter dated July 25, 2005, the Langbord Family requested that the Mint return its property, the ten 1933 Double Eagle gold coins.

By letter dated August 9, 2005, and sent by facsimile on August 10, 2005, the Mint informed the Langbord Family that it would not return its property to it.

On September 9, 2005, the Langbord Family filed a Seized Asset Claim with the Mint and the Treasury Department reasserting its claim to ownership of the Coins and seeking the return of its seized property pursuant to CAFRA.

By letter dated December 5, 2005, the government returned the Langbord Family's Seized Asset Claim "without action." The government restated that it had no intention of returning the Coins nor commencing a forfeiture proceeding. On information and belief, the Coins are being unlawfully detained at Fort Knox in the state of Kentucky.

### Property Damage

By virtue of the government's unlawful seizure, forfeiture and conversion of the ten 1933 Double Eagle coins, the Langbord Family has suffered the loss of its valuable property.

### Amount of Claim

The Langbord Family's claim for the government's wrongful deprivation of the ten Coins is $40 million.

### Insurance Information

The Langbord Family does not have any insurance to cover this claim.

Sincerely yours,

Barry H. Berke

BHB:cg

0003

May 3, 2006
Page 4 of 6

**Signature of Claimant**

I certify that the attached claim for damages is true and correct to the best of my knowledge and belief.

_Joan Langbord_       _May 3. 2006_       (941) 365-0301

Joan Langbord         Date          Phone Number

0004

Page 5 of 6

   I certify that the attached claim for damages is true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| Roy Langbord | 5/3/06 | (212) 362-4965 |
| | Date | Phone Number |

**Signature of Claimant**

Page 6 of 6

### Signature of Claimant

I certify that the attached claim for damages is true and correct to the best of my knowledge and belief.

| David Langberd | 5/3/2006 | (757) 439-0225 |
|---|---|---|
| David Langberd | Date | Phone Number |

KL3:2509099.3