IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LANGBORD, et al. | : | |
| | : | |
| Plaintiffs, | : | THE HONORABLE LEGROME D. DAVIS |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF THE TREASURY, et al. | : | CIVIL ACTION NO. 06-CV-5315 |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion of Plaintiffs Roy Langbord, David Langbord and Joan Langbord for Admission of Counsel *Pro Hac Vice*, it is hereby ORDERED that said motion is GRANTED, and attorneys Barry H. Berke, Eric Tirschwell and Keith M. Donoghue are admitted *pro hac vice* and may practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) in the above-captioned matter.

BY THE COURT:

_____
Davis, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LANGBORD, et al. | : | |
| | : | |
| Plaintiffs, | : | THE HONORABLE LEGROME D. DAVIS |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF THE TREASURY, et al. | : | CIVIL ACTION NO. 06-CV-5315 |
| | : | |
| Defendants. | : | |

**MOTION OF PLAINTIFFS ROY LANGBORD, DAVID LANGBORD AND JOAN LANGBORD FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule of Civil Procedure 83.5.2, counsel for the plaintiffs Roy Langbord, David Langbord and Joan Langbord respectfully moves this Court to permit the appearance of Barry H. Berke, Esquire, Eric Tirschwell, Esquire and Keith M. Donoghue, Esquire *pro hac vice*, on behalf of Plaintiffs. In support of this motion, Plaintiffs aver the following:

1. Plaintiffs retained Walter M. Phillips, Jr. and Kevin J. Kotch of Obermayer Rebmann Maxwell and Hippel LLP to represent them in the current litigation. Walter M. Phillips, Jr. and Kevin J. Kotch are members in good standing of the Bar of this District.

2. Plaintiffs have requested that Kramer Levin Naftalis & Frankel LLP represent it as lead counsel in this matter. Messrs. Berke, Tirschwell and Donoghue are familiar with plaintiffs' case and have represented a party in the past in a case involving many of the facts giving rise to this matter.

3. Messrs. Berke and Tirschwell are partners at Kramer Levin Naftalis & Frankel LLP in New York, New York. Messr. Donoghue is an associate at Kramer Levin.

4.     Mr. Berke is a member in good standing of the bar of the State of New York since 1990.  He has also been admitted to practice before the United States District Court for the Southern District of New York, the Eastern District of New York and the United States Court of Appeals for the Second Circuit.  The affidavit of Messr. Berke is attached hereto as Exhibit "A".

5.     Mr. Tirschwell is a member in good standing of the bar of the State of New York since 1993.  He has also been admitted to practice before the United States District Court for the Southern District of New York and the Eastern District of New York and the United States Court of Appeals for the Second Circuit.  The affidavit of Messr. Tirschwell is attached hereto as Exhibit  "B".

6.     Mr. Donoghue is a member in good standing of the bar of the State of New York since 2003.  He has also been admitted to practice before the United States District Court for the Southern District of New York and the Eastern District of New York and the United States Court of Appeals for the Second Circuit.  The affidavit of Messr. Donoghue is attached hereto at Exhibit "C".

7.     Messrs. Berke, Tirschwell and Donoghue are familiar with the Federal Rules of Civil Procedure and the Federal Rules of Evidence and have read the Local Rules for the United States District Court for the Eastern District of Pennsylvania.

8.     Messrs. Berke, Tirschwell and Donoghue have no grievances pending against them and have not been denied admission, reprimanded, suspended, placed on inactive status, disbarred, or disciplined by any court.

9.     Three checks for the forty dollar ($40) fee are being submitted to the Clerk of the Court at the same time this motion for admission *pro hac vice* on behalf of Messrs. Berke, Tirschwell and Donoghue is being filed.

WHEREFORE, plaintiffs Roy Langbord, David Langbord and Joan Langbord respectfully request that this Court permit Barry H. Berke, Esquire, Eric Tirschwell, Esquire and Keith M Donoghue, Esquire to appear in this action *pro hac vice*.

    Respectfully submitted,

    /s/ Kevin J. Kotch
    _____
    Walter M. Phillips, Jr.
    Kevin J. Kotch
    Obermayer Rebmann Maxwell & Hippel LLP
    One Penn Center, 19th Floor
    1617 JFK Boulevard
    Philadelphia, PA  19103-1895
    (215) 665-3000

    Counsel for Plaintiffs
    Roy Langbord, David Langbord and Joan Langbord

## **CERTIFICATE OF SERVICE**

I, Kevin J. Kotch, Esquire hereby certify that a true and correct copy of the foregoing *Pro Hac Vice* Motion was served this 16th day of March 2007, via United States mail, postage prepaid on the following:

>JOEL M. SWEET, Esq.
>Assistant United States Attorney
>615 Chestnut Street, Suite 1250
>Philadelphia, PA 19106

>/s/ Kevin J. Kotch
>_____
>Kevin J. Kotch

4135356