IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LANGBORD et al., | : | |
|    Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| THE TREASURY et al., | : | NO. 06-CV-05315 |
|    Defendants. | : | |

ORDER

AND NOW, this 17th day of May 2007, upon consideration of the Motion of Professional Numismatists Guild, Inc., for Leave to File Amicus Curiae Brief in Opposition to Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, it is hereby ORDERED that the Motion (Doc. No. 17) is GRANTED.

BY THE COURT:

/S/LEGROME D. DAVIS

_____ Legrome D. Davis, J.