IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY LANGBORD, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-5315 (LDD) |
| : | |
| UNITED STATES DEPARTMENT OF THE : | |
| TREASURY, et al., : | |
| : | |
| Defendants. : | |

ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Motion for Leave to File Reply Memorandum in Support of Defendants' Motion to Dismiss, or in the Alternative, For Summary Judgment, and any response thereto, it is **ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** that Exhibit A to the motion shall be docketed by the Clerk.

BY THE COURT:

_____
HONORABLE LEGROME D. DAVIS
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY LANGBORD, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-5315 (LDD) |
| : | |
| UNITED STATES DEPARTMENT OF THE : | |
| TREASURY, et al., : | |
| : | |
| Defendants. : | |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The defendants, through their undersign counsel, respectfully request leave to file a reply memorandum in support of Defendants' Motion to Dismiss, Or in the Alternative, for Summary Judgment.

Defendants believe that their reply memorandum, which is attached hereto as Exhibit A, will assist the Court to resolve this matter. As the Court is aware, this action involves important Constitutional principles, complex forfeiture statutes, and facts about historical events that occurred close to 75 years ago. In their reply memorandum, defendants have attempted to highlight the material facts about which there are no genuine disputes between the parties, and also to sharpen and clarify the legal issues that drive the parties' respective arguments.

Defendants further request leave to file a reply memorandum exceeding the ten-page limit set forth in the Court's Policies and Procedures. The reply memorandum exceeds ten pages in part because it incorporates deposition testimony from plaintiff Joan Langbord concerning issues

that are central to the case, as well as deposition testimony from Harry J. Forman, the only living witness known to the parties to have discussed the 1933 Double Eagles with Israel Switt. Both of these witnesses were deposed after the defendants filed their motion.

Respectfully,

PATRICK L. MEEHAN
United States Attorney

_____
VIRGINIA A. GIBSON
Assistant United States Attorney
Chief, Civil Division

_____
JOEL M. SWEET
Assistant United States Attorney

_____
JACQUELINE ROMERO
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Tel. (215) 861-8581
Fac. (215) 861-8349

*For All Defendants*

Of Counsel:

Daniel P. Shaver, Chief Counsel
Greg M. Weinman, Senior Counsel
United States Mint
801 9th Street NW
Washington, DC 20220

June 22, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June 2007, a true and correct copy of the foregoing Motion for Leave to File Reply Memorandum in Support of Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment was served by first-class United States mail, postage prepaid, upon the following:

>Barry H. Berke, Esquire
>KRAMER LEVIN NAFTALIS & FRANKEL
>1177 Avenue of the Americas
>New York, NY 10036
>
>Kevin J. Kotch, Esquire
>Obermayer Rebmann Maxwell & Hippel, LLP
>One Penn Center, 19th Floor
>1617 John F. Kennedy Boulevard
>Philadelphia, PA 19103

_____
JOEL M. SWEET
Assistant United States Attorney