IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LANGBORD, et al., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| THE TREASURY, et al., | : | NO. 06-CV-05315 |
|     Defendants. | : | |

<u>ORDER</u>

Upon careful consideration of Defendants' request for the physical inspection of Plaintiffs' safe deposit box, and after hearing the parties' arguments on the matter during the scheduling conference held on August 29, 2007, the Court concludes that the request is somewhat premature. Given that this litigation is still in its early stages, the Court feels that the precise contours of the parties' respective positions on this particular issue will benefit from some exchange of discovery. Therefore, the Court will deny the instant request at present, although the denial is expressly without prejudice to Defendants' ability to re-present the issue, if necessary, by way of formal motion at a later time in the case.

AND NOW, this    30th    day of August 2007, it is hereby ORDERED that Defendants' request as it pertains to the physical inspection of Plaintiffs' safe deposit box is DENIED <u>without prejudice</u>.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.