IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LANGBORD, et al., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| THE TREASURY, et al., | : | NO. 06-CV-05315 |
|     Defendants. | : | |

ORDER

AND NOW, this 7th day of May 2009, upon consideration of Defendants' Motion to Exclude Testimony of Plaintiffs' Expert David Bowers (Doc. No. 63), Plaintiffs' Response thereto (Doc. No. 68), Plaintiffs' Motion to Exclude Opinion of Defendants' Proffered Expert David E. Tripp (Doc. No. 64), and Defendants' Response thereto (Doc No. 69), it is hereby ORDERED that the Motions are DENIED.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.