UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

ROY LANGBORD, et al.,

        Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF THE TREASURY, et al.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Third-Party Plaintiff,

  v.

TEN 1933 DOUBLE EAGLE GOLD PIECES,

        Third-Party Defendant-in-Rem.

---

CIVIL ACTION

No. 2:06-cv-05315 (LDD)

CLAIM

<u>JURY TRIAL DEMANDED</u>

---

Claimants Joan, Roy and David Langbord (collectively referred to as "the Langbord family"), by their attorneys, Kramer Levin Naftalis & Frankel, LLP, who are authorized to make this claim on their behalf, submit the following claim to the defendant property, ten 1933 Double Eagle gold pieces, pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## DESCRIPTION OF THE PROPERTY

1. The Property consists of ten $20 gold coins minted at the United States Mint in Philadelphia, Pennsylvania in 1933 (referred to as "1933 Double Eagle gold coins").

## IDENTITY OF THE CLAIMANTS AND
## STATEMENT OF THE CLAIMANTS' INTEREST IN THE PROPERTY

2. The property is claimed by:

> Joan Langbord
> 2401 Pennsylvania Avenue
> Apt. 11B-21
> Philadelphia, PA 19130
> (941) 365-0301
>
> Roy Langbord
> 302 West 77th Street
> New York, New York 10024
> (212) 362-4965
>
> David Langbord
> 1573 Bay Point Drive
> Virginia Beach, VA 23454
> (757) 439-0225

3. The Langbord family has the right to make this claim by virtue of the fact that the ten 1933 Double Eagle gold coins are owned by them and, prior to the governmental unconstitutional seizure and confiscation of the property, were in the Langbord family's exclusive possession for many years.

## JURY DEMAND

4. Claimants demand a jury trial in accordance with Rule G(9) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Rule 38(b) of the Federal Rules of Civil Procedure.

Dated: New York, New York
October 22, 2009

s/Barry H. Berke
Barry H. Berke
Eric A. Tirschwell
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100 (Telephone)
(212) 715-8000 (Fax)
Attorneys for Claimants