

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF Roy LANGBORD, et al. | COURT CASE NUMBER CV-06-5315 |
|---|---|
| DEFENDANT U.S. DEPT. OF TREASURY, et al. | TYPE OF PROCESS ARREST WARRANT IN REM |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
UNITED STATES SECRET SERVICE — Special Agent Joshua McDowell
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
7236 Federal Building, 600 Arch Street, Philadelphia, PA 19106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
AUSA NANCY RUE
615 Chestnut Street, Ste 1250
Philadelphia, PA 19106

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE. (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Please serve copy of complaint and arrest warrant on custodian of property. (10 1933 Double eagle gold pieces).

Signature of Attorney or other Originator requesting service on behalf of [✓] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NO. 215-861-8683
DATE 9/28/09

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS: 11/2/09

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. 1 | District of Origin No. PHL | District to Serve No. LOU | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. Michael C. Rie— | DATE 10/15/09 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.
[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: Deputy Chief
ANTHONY A. KUKLINSKI, U.S. Mint Police

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
U.S Bullion Depository
East Bullion Blvd
Fort Knox, KY 40121

| DATE OF SERVICE 11/2/09 | TIME OF SERVICE 0951 | [X] AM [ ] PM |
|---|---|---|

SIGNATURE, TITLE AND TREASURY AGENCY
M.R——  ASAIC

REMARKS:

TD F 90-22.48 (6/96)