UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY LANGBORD, DAVID LANGBORD, and JOAN LANGBORD,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; et al.,<br><br>Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>Third Party Plaintiff,<br>v.<br><br>TEN 1933 DOUBLE EAGLE GOLD PIECES, et al.,<br><br>Third Party Defendants. | Civil Action No. 06-5315 (LDD) |

## ANSWER OF THE UNITED STATES OF AMERICA TO VERIFIED THIRD PARTY COMPLAINT FOR FORFEITURE IN REM

The United States of America, by its undersigned counsel, through the United States Mint and the United States Mint Public Enterprise Fund, and in its capacity as the owner of the Defendant Property, respectfully submits this Answer to the Verified Third Party Complaint for Forfeiture in Rem, pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as follows:

    1. – 93.        Admitted.

WHEREFORE, the United States of America, through the United States Mint and the United States Mint Public Enterprise Fund, in its capacity as the owner of the Defendant Property and as a Claimant to the Defendant Property pursuant to Rule G(5)(a), respectfully requests that the Court rule that Defendant Property is property belonging to the United States of America.

Respectfully submitted,

MICHAEL L. LEVY
United States Attorney

*J. Alvin Stout III by NR*
J. ALVIN STOUT III
Chief, Asset Forfeiture

NANCY RUE
Assistant United States Attorney

MARGARET HUTCHINSON
Chief, Civil Division

SUSAN DEIN BRICKLIN
Assistant United States Attorney

JOEL SWEET
Assistant United States Attorney

JACQUELINE ROMERO
Assistant United States Attorney

Office of the United States Attorney for the
  Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

*For the United States of America,*
*the United States Mint, and the*
*United States Mint Public Enterprise Fund*