C O

State of Penna.
           ss                                                          March 30, 1944
County of Phila.

STATEMENT OF ISRAEL SWITT, 48 years of age, 130 S. 8th St., Philadelphia, Pa.

I, Israel Switt, do hereby make the following voluntary statement:

My first recollection of having bought and sold 1933 Double Eagle Gold Coins was about the beginning of February 1937. This gold coin I received in a collection with other coins, which I purchased under circumstances which I do not remember at this time. This coin I sold to James G. Macallister and also sold Mr. Macallister during the ensuing months of 1937, four similar coins, a total of five. I also sold two of these coins to Ira Reed, 37 S. 18th St., Philadelphia and two more of the same type of coins to Abe Kasoff, now located at 50th & Madison Avenue, New York City. These sales to Kasoff and Reed were two or more years after my sales to Macallister.

These nine coins I distinctly recall having sold but I do not remember when, where or from whom I purchased them, as they were received by me in collections with other coins at different times. In my dealings as a gold buyer, particularly in the acquisition and disposal of scrap gold, I have for many years as far back as the past 40 years, I have visited the United States Mint at Philadelphia as a depositor of scrap gold and the employees whom I got to know there who received this gold from me were Jack Pepper and Robert Graham. My only contact with Mr. Chafin, formerly chief clerk at the Mint, was when I visited the Mint following the revocation of my gold license in 1934, and was endeavoring to get same renewed. I never had any conversation with Mr. Chafin about coins. I do not know Ralph Rolland, nor do I know George McCann. I never had any dealings of any nature with these men. The only coin transactions I ever had with any of the employees of the Philadelphia Mint was when I purchased commemorative coins from one cent to fifty cents or purchases of pennies, nickels, and dimes in 100 lots in proof coins. I never had any conversation about or obtained any gold coins from or through any employees of the U. S. Mint at Philadelphia or elsewhere.

I have been questioned as to the existence of any records in my possession covering the purchase and sale of the gold coins disposed of to Messrs. Macallister, Reed and Kasoff and state on my oath that I do not have any records which will show the time, place, and identity of the persons from whom I obtained these coins, nor do I have any of these coins in my possession or under my control at this time.

I have read this statement and hereby declare same to be the truth.

Witnessed by:

(Signed) George C. Drescher                (Signed) Israel Switt

Sworn and subscribed before me this 30th day of March, 1944.

Authority to Administer Oath            (Signed) H. W. Strang
Title 5, Section 93, USCA                H. W. Strang, Agent
                                                        U. S. Secret Service