IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROY LANGBORD, et al., :
    Plaintiffs, : CIVIL ACTION
:
v. :
:
UNITED STATES DEPARTMENT OF :
THE TREASURY, et al., : NO. 06-CV-05315
    Defendants. :

ORDER

AND NOW, this 28th day of October, 2010, upon consideration of Defendants' Motion for Leave to File Multi-Count Complaint and to Add John Doe Defendants (Doc. No. 111), Plaintiffs' Response in Opposition thereto (Doc. No. 113), and Defendants' Reply in Support of Leave (Doc. No. 116); and upon consideration of Plaintiffs' Motion to Dismiss Defendants' Claim of Interest for Lack of Jurisdiction (Doc. No. 121), Defendants' Response in Opposition thereto (Doc. No. 124), and Plaintiffs' Reply in Support of Dismissal (Doc. No. 127), the Court hereby ORDERS as follows:

1. Defendants' Motion for Leave to File Counts II and IV of its Complaint is DENIED.

2. Defendants' Motion for Leave to File Count III of its Complaint is GRANTED.

3. Defendants shall file an Amended Complaint in full compliance with the Court's Order by November 11, 2010.

4. Plaintiffs' Motion to Dismiss Defendants' Claim of Interest is GRANTED.

BY THE COURT:

/S/LEGROME D. DAVIS
Legrome D. Davis., J.