# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>)<br>TEN 1933 DOUBLE EAGLES, )<br>)<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 06-5215 |

## DECLARATION OF TIMOTHY GRANT

1. I am presently employed as the Exhibits and Public Service Manager with the United States Mint ("Mint"), located at Philadelphia. I have been with the Mint since 1985. The statements made herein are based upon my personal knowledge, and upon information and belief accrued in the course of performing my official duties.

2. In my capacity as Exhibits and Public Service Manager I am familiar with Government Trial Exhibits 315 and 331. These exhibits consist of Eagle and Double Eagle coin bags from 1928, 1931, and 1932 which were used at the Mint at Philadelphia, as well as photos of these same coin bags. The original coin bags are in the possession of the Mint at Philadelphia. These coin bags are of the same size and appearance as the Eagle and Double Eagle coin bags used in 1933. The photos of these coin bags fairly and accurately depict the coin bags as they appear.

2

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 4, 2011**.

_____
**TIMOTHY GRANT**