# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY, LANGBORD, DAVID LANGBORD and JOAN LANGBORD,<br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, et al.,<br>      Defendants. | Civil Action No. 06-CV-5315 |

## AFFIDAVIT OF DONALD DALY

I, DONALD DALY, declare as follows:

1. I am the Custodian of Records for Wachovia Bank. I have been employed by Wachovia Bank since 1985.

2. The information below is submitted in response to the United States' subpoena of Wachovia Bank dated November 15, 2007. This information is based on my review of Wachovia Bank files and safe deposit boxes, and knowledge I have obtained as part of my official duties at Wachovia Bank.

3. Wachovia Bank safe deposit box number 442 was opened and leased by Joan Switt Langbord on May 22, 1996. The dimensions of Wachovia Bank safe deposit box number 442 are 6 ½ inches in height, 11 inches in width, and 23 ½ inches in depth. Those dimensions have remained the same since Ms. Langbord opened the box in 1996.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this ___7th___ day of February, 2008, at Philadelphia, Pennsylvania.

_____
DONALD DALY

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 7th day of February, 2008.

_____
NOTARY PUBLIC
COMMONWEALTH OF PENNSYLVANIA

Notarial Seal
Carolyn Purnell-Thompson, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Sept. 11, 2010

Member, Pennsylvania Association of Notaries