**UNITED STATES V. TEN 1933 DOUBLE EAGLES**
**Civil Action No. 06-5315**
United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT009488 | MINT009492 | **1** | United States v. Barnard decision | 1947 | NARA Southeastern Region, Georgia |
| MINT009493 | MINT009497 | **1A** | United States v. Barnard findings of fact | | NARA Southeastern Region, Georgia |
| MINT009536 | MINT009536 | **2** | Letter from Garrett to Wayte Raymond | 3-Feb-34 | ANS Library |
| MINT009537 | MINT009537 | **3** | Letter from Raymond to Garrett | 29-Mar-34 | ANS Library |
| MINT013544 | MINT013544 | **4** | Letter from Howland Wood to Superintendent of Mint with response | 14-Dec-22 | ANS Library |
| MINT013546 | MINT013546 | **5** | Letter from Mint to ANS | 11-Dec-23 | ANS Library |
| MINT013547 | MINT013547 | **6** | Letter from Treasury to ANS | 17-Dec-26 | ANS Library |
| MINT013548 | MINT013548 | **7** | Letter from Treasurer to Howland Wood | 15-Dec-27 | ANS Library |
| MINT013549 | MINT013549 | **8** | Letter from Curator to Treasurer | 16-Dec-28 | ANS Library |
| MINT013550 | MINT013550 | **9** | Letter from Treasurer to Curator | 22-Dec-28 | ANS Library |
| MINT013551 | MINT013551 | **10** | Letter from office of Director of Mint to Howland Wood | 7-Dec-29 | ANS Library |
| MINT013556 | MINT013556 | **11** | Letter from Assistant Director of Mint to Howland Wood | 10-Dec-30 | ANS Library |
| MINT013565 | MINT013565 | **12** | Letter from Curator of ANS to Mint | 5-Dec-32 | ANS Library |
| MINT013570 | MINT013570 | **13** | Letter from ANS to Treasury | 16-Dec-32 | ANS Library |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT013571 | MINT013571 | **14** | Letter from Treasury to ANS | 21-Dec-32 | ANS Library |
| MINT013572 | MINT013572 | **15** | Letter from ANS to Mint | 27-Dec-32 | ANS Library |
| MINT013573 | MINT013573 | **16** | Letter from Mint to ANS | 28-Dec-32 | ANS Library |
| MINT013575 | MINT013575 | **17** | Letter from Mint to ANS | 23-Jan-33 | ANS Library |
| MINT013576 | MINT013576 | **18** | Letter from ANS to Mint | 25-Jan-33 | ANS Library |
| MINT013577 | MINT013577 | **19** | Letter from ANS to Mint Director | 28-Apr-33 | ANS Library |
| MINT013578 | MINT013578 | **20** | Letter from Director of Mint to ANS | 12-May-33 | ANS Library |
| MINT013579 | MINT013579 | **21** | Letter from ANS to Woodin | 15-May-33 | ANS Library |
| MINT013580 | MINT013580 | **22** | Letter from ANS to Treasurer | 12-Jul-33 | ANS Library |
| MINT013581 | MINT013581 | **23** | Letter from Treasurer to ANS | 13-Jul-33 | ANS Library |
| MINT013582 | MINT013582 | **24** | Letter to Mint from ANS | 6-Dec-33 | ANS Library |
| MINT013583 | MINT013583 | **25** | Letter to ANS from Assistant Treasurer | 16-Dec-33 | ANS Library |
| MINT013584 | MINT013584 | **26** | Letter to Treasurer from ANS | 18-Dec-33 | ANS Library |
| MINT013585 | MINT013585 | **27** | Letter to ANS from Assistant Treasurer | 22-Dec-33 | ANS Library |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT013586 | MINT013589 | 28 | Letter from Mint Director to ANS with attachment | 6-Jan-34 | ANS Library |
| MINT009540 | MINT009541 | 29 | State of Connecticut Resolution Accepting the Joseph C. Mitchelson Collection | 30-Apr-13 | Connecticut State Library |
| MINT009542 | MINT009543 | 30 | State of Connecticut Act Concerning the Joseph C. Mitchelson Collection | 30-Apr-13 | Connecticut State Library |
| MINT009544 | MINT009544 | 31 | Resolution of the State of Connecticut General Assembly | Jan-13 | Connecticut State Library |
| MINT009546 | MINT009546 | 32 | Letter from Connecticut State Library to Harry Chapman | 20-Jun-34 | Connecticut State Library |
| MINT009547 | MINT009547 | 33 | Letter from Harry Chapman to George Godard | 21-Jun-34 | Connecticut State Library |
| MINT009548 | MINT009548 | 34 | Letter from Connecticut State Librarian to Thomas Hewes | 10-Jul-33 | Connecticut State Library |
| MINT009549 | MINT009549 | 35 | Letter from Treasury to Godard | 14-Aug-33 | Connecticut State Library |
| MINT009550 | MINT009550 | 36 | Letter from Godard to Hewes | 16-Aug-33 | Connecticut State Library |
| MINT009551 | MINT009551 | 37 | Letter from Goddard to Ott | 18-Apr-27 | Connecticut State Library |
| MINT009552 | MINT009552 | 38 | Letter from CT State Librarian  to San Francisco Mint | 24-Dec-12 | Connecticut State Library |
| MINT009553 | MINT009553 | 39 | Letter from CT State Librarian to San Francisco Mint | 22-Sep-14 | Connecticut State Library |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT009554 | MINT009554 | 40 | Letter from San Francisco Mint to CT State Library | 28-Sep-14 | Connecticut State Library |
| MINT009555 | MINT009555 | 41 | Letter from CT State Library to San Francisco Mint | 8-Oct-14 | Connecticut State Library |
| MINT009556 | MINT009556 | 42 | Letter from CT State Library to San Francisco Mint | 20-Oct-14 | Connecticut State Library |
| MINT009557 | MINT009557 | 43 | Letter from CT State Library to San Francisco Mint | 9-Dec-15 | Connecticut State Library |
| MINT009558 | MINT009558 | 44 | Letter from San Francisco Mint to CT State Library | 17-Dec-15 | Connecticut State Library |
| MINT009559 | MINT009559 | 45 | Letter to San Francisco Mint from CT State Library | 23-Dec-15 | Connecticut State Library |
| MINT009560 | MINT009560 | 46 | Letter from San Francisco Mint to CT State Library | 20-Nov-16 | Connecticut State Library |
| MINT009561 | MINT009561 | 47 | Letter from CT State Library to San Francisco Mint | 27-Nov-16 | Connecticut State Library |
| MINT009562 | MINT009562 | 48 | Letter from CT State Library to San Francisco Mint | 23-Dec-16 | Connecticut State Library |
| MINT009563 | MINT009563 | 49 | Letter from CT State Library to San Francisco Mint | 4-Apr-18 | Connecticut State Library |
| MINT009564 | MINT009564 | 50 | Letter from CT State Library to San Francisco Mint | 18-Jan-21 | Connecticut State Library |
| MINT009565 | MINT009565 | 51 | Letter from CT State Library to San Francisco Mint | 25-Sep-23 | Connecticut State Library |
| MINT009566 | MINT009566 | 52 | Letter from CT State Library to San Francisco Mint | 10-Dec-24 | Connecticut State Library |
| MINT009567 | MINT009567 | 53 | Letter from San Franciso Mint to CT State Library | 18-Dec-24 | Connecticut State Library |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

**United States' Trial Exhibits**

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT009568 | MINT009568 | 54 | Letter from CT State Library to San Francisco Mint | 29-Sep-25 | Connecticut State Library |
| MINT009569 | MINT009569 | 55 | Letter from CT State Library to San Francisco Mint | 16-Oct-25 | Connecticut State Library |
| MINT009570 | MINT009570 | 56 | Letter from CT State Library to Director of Mint | 18-Dec-13 | Connecticut State Library |
| MINT009571 | MINT009571 | 57 | Letter from Director of the Mint to CT State Library | 19-Dec-12 | Connecticut State Library |
| MINT009572 | MINT009572 | 58 | Letter from CT State Library to Director of the Mint | 23-Dec-12 | Connecticut State Library |
| MINT009573 | MINT009573 | 59 | Letter from CT State Library to Director of the Mint | 16-Sep-14 | Connecticut State Library |
| MINT009574 | MINT009574 | 60 | Letter from Director of the Mint to CT State Library | 19-Sep-14 | Connecticut State Library |
| MINT009575 | MINT009576 | 61 | Letter from CT State Library to United States Treasurer | 6-Dec-15 | Connecticut State Library |
| MINT009577 | MINT009577 | 62 | Letter from CT State Library to Director of the Mint | 3-Jan-16 | Connecticut State Library |
| MINT009578 | MINT009578 | 63 | Letter from CT State Library to Director of the Mint | 4-Dec-16 | Connecticut State Library |
| MINT009579 | MINT009579 | 64 | Letter from Director of the Mint to CT State Library | 13-Dec-16 | Connecticut State Library |
| MINT009580 | MINT009582 | 65 | Letter from Director of the Mint to CT State Library | 31-Dec-16 | Connecticut State Library |
| MINT009583 | MINT009583 | 66 | Letter from Connecticut State Librarian to Director of Mint | 20-Nov-24 | Connecticut State Library |
| MINT009584 | MINT009584 | 67 | Letter from Director of the Mint to CT State Library | 15-Nov-28 | Connecticut State Library |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT009585 | MINT009585 | 68 | Purchase Order -- State of CT | 1929 | Connecticut State Library |
| MINT009586 | MINT009586 | 69 | Letter from Treasurer to CT State Library | 29-Aug-30 | Connecticut State Library |
| MINT009587 | MINT009587 | 70 | Letter from Treasurer to CT State Library | 27-Dec-30 | Connecticut State Library |
| MINT009588 | MINT009588 | 71 | Letter from Assistant Treasurer to CT State Library | 20-Dec-32 | Connecticut State Library |
| MINT013361 | MINT013362 | 72 | Letter from Mint to Connecticut State Library | 28-Dec-11 | Connecticut State Library |
| MINT013364 | MINT013364 | 73 | Letter from Connecticut State Library to Mint | 20-Nov-24 | Connecticut State Library |
| MINT013365 | MINT013365 | 74 | Letter from Treasury to Connecticut State Library | 16-Jan-30 | Connecticut State Library |
|  |  | 75 | Tripp Report Appendix 1 |  | David Tripp |
| MINT009590 | MINT009590 | 76 | Prison record of George McCann |  | Federal Bureau of Prisons |
| MINT013492 | MINT013492 | 77 | Letter from FRB (Smead) to FRB Deputy Govenor enclosing report of gold payments and receipts | 15-Feb-33 | FRB of NY |
| MINT013495 | MINT013495 | 78 | Letter from FRB to Treasury | 1-Mar-33 | FRB of NY |
| MINT013496 | MINT013498 | 79 | Letter from Smead to Harrison with attachment | 8-Mar-33 | FRB of NY |
| MINT013504 | MINT013505 | 80 | Letter from Gilbert | 12-Apr-33 | FRB of NY |
| MINT013510 | MINT013510 | 81 | Letter from Gilbert | 10-May-33 | FRB of NY |
| MINT011080 | MINT011081 | 82 | Communication between Chief Wilson and the Mint | May-41 | NARA College Park |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**
**Civil Action No. 06-5315**
United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT011082 | MINT011089 | **83** | Gold Reserve Act - H.R. 6976 | 30-Jan-34 | NARA College Park |
| MINT011090 | MINT011090 | **84** | Executive Order | 15-Jan-34 | NARA College Park |
| MINT011091 | MINT011092 | **85** | Executive Order | 25-Oct-33 | NARA College Park |
| MINT011100 | MINT011100 | **86** | Executive Order | 29-Aug-33 | NARA College Park |
| MINT011107 | MINT011108 | **87** | Executive Order | 20-Apr-33 | NARA College Park |
| MINT011110 | MINT011112 | **88** | Executive Order | 5-Apr-33 | NARA College Park |
| MINT011120 | MINT011121 | **89** | Executive Order | 10-Mar-33 | NARA College Park |
| MINT011130 | MINT011131 | **90** | Presidential Proclamation | 9-Mar-33 | NARA College Park |
| MINT011134 | MINT011136 | **91** | Presidential Proclamation - Bank Holiday | March 6, 1933 to March 9, 1933, inclusive | NARA College Park |
| MINT011137 | MINT011139 | **92** | Presidential Proclamation | 6-Mar-33 | NARA College Park |
| MINT011146 | MINT011146 | **93** | Executive Order | 18-Mar-33 | NARA College Park |
| MINT011149 | MINT011156 | **94** | HR 1491 | 9-Mar-33 | NARA College Park |
| MINT011157 | MINT011158 | **95** | HR 3757 | 24-Mar-33 | NARA College Park |
| MINT011162 | MINT011174 | **96** | Gold Regulations | 29-Apr-33 | NARA College Park |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**
**Civil Action No. 06-5315**
United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT011205 | MINT011205 | 97 | Report on Special Assay Coins | 31-May-33 | NARA College Park |
| MINT011206 | MINT011206 | 98 | Cashier's Daily Statement of Receipts | 15-Mar-33 | NARA College Park |
| MINT011207 | MINT011270 | 99 | Annual Report of Director of Mint | 30-Jun-34 | NARA College Park |
| MINT011271 | MINT011282 | 100 | Treasury Department Press Releases | 6-Mar-33 | NARA College Park |
| MINT011309 | MINT011311 | 101 | Presidential Proclamation | 30-Dec-33 | NARA College Park |
| MINT011312 | MINT011312 | 102 | Executive Order | 12-Jan-34 | NARA College Park |
| MINT011313 | MINT011313 | 103 | Woodin Press Release | 5-Apr-33 | NARA College Park |
| MINT011314 | MINT011316 | 104 | Instructions to Federal Reserve Banks | 26-Jun-33 | NARA College Park |
| MINT011317 | MINT011320 | 105 | Order of Sectary of Treasury | 28-Dec-33 | NARA College Park |
| MINT011321 | MINT011321 | 106 | Order of Secretary of Treasury | 11-Jan-34 | NARA College Park |
| MINT011331 | MINT011358 | 107 | Emergency Banking Instructions to Federal Reserve Banks | 6-Mar-33 | NARA College Park |
| MINT011381 | MINT011381 | 108 | Letter from Acting Director of Mint to Charles Prosser | 25-Oct-33 | NARA College Park |
| MINT011382 | MINT011382 | 109 | Letter from Acting Director of Mint to Mr. H.E. Coleman | 8-Feb-33 | NARA College Park |
| MINT011387 | MINT011387 | 110 | Letter from Director of Mint to P.A. Britner, Jr. | 6-Mar-33 | NARA College Park |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT011388 | MINT011388 | **111** | Letter from Acting Director of Mint to Julius Aderer | 7-Mar-33 | NARA College Park |
| MINT011389 | MINT011389 | **112** | Letter from Director of Mint to F.H. Jackson | 17-Mar-33 | NARA College Park |
| MINT011403 | MINT011403 | **113** | Letter from Acting Director of Mint to Miss Vernie Davis | 27-Aug-32 | NARA College Park |
| MINT011404 | MINT011404 | **114** | Letter from Director of Mint to W.L. Overholger | 4-Jan-34 | NARA College Park |
| MINT011405 | MINT011405 | **115** | Letter from Director of Mint to Grace McCosh | 31-May-33 | NARA College Park |
| MINT011414 | MINT011414 | **116** | Letter from Director of Mint to Meyer & Alexander | 20-Apr-33 | NARA College Park |
| MINT011419 | MINT011419 | **117** | Copy of Telegram from Director of Mint to Superintendents | 4-Aug-34 | NARA College Park |
| MINT011436 | MINT011439 | **118** | Treasury Department Circular No. 55 | 26-Jan-27 | NARA College Park |
| MINT011471 | MINT011525 | **119** | Memorandum from Ross to McNeil with attachments | 21-Mar-46 | NARA College Park |
| MINT011526 | MINT011527 | **120** | Letter from Acting superintendent of Mint to Director of Mint with attachments | 7-Apr-44 | NARA College Park |
| MINT011528 | MINT011528 | **121** | Memorandum from Quirk to Haley | 5-Apr-44 | NARA College Park |
| MINT011529 | MINT011529 | **122** | Memorandum from Wilson to Howard | 5-Apr-44 | NARA College Park |
| MINT011530 | MINT011530 | **123** | Letter from Superintendent of Mint to Director | 21-Mar-44 | NARA College Park |
| MINT011531 | MINT011532 | **124** | Wire from Mint to Kehr | 22-Mar-44 | NARA College Park |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**
**Civil Action No. 06-5315**
United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT011533 | MINT011533 | 125 | Telegram from Howard to Superintendent of Philadelphia Mint | 18-Mar-44 | NARA College Park |
| MINT011542 | MINT011542 | 126 | Memorandum to Howard | 13-Apr-45 | NARA College Park |
| MINT011547 | MINT011552 | 127 | Letter from Tietjens to Sonnett with attachments | 5-Jan-46 | NARA College Park |
| MINT011556 | MINT011556 | 128 | Letter from Quirk to McNutt | 5-Sep-45 | NARA College Park |
| MINT011560 | MINT011561 | 129 | Letter from Superintendent of Mint to Director | 29-Jun-45 | NARA College Park |
| MINT011571 | MINT011571 | 130 | Memorandum from Director of Mint to Secretary of Treasury | 6-Feb-34 | NARA College Park |
| MINT011579 | MINT011579 | 131 | Smithsonian Temporary Receipt | 11-Oct-34 | NARA College Park |
| MINT011590 | MINT011598 | 132 | Treasury Department Press Release | 1-Sep-33 | NARA College Park |
| MINT011599 | MINT011599 | 133 | Telegram from Acting Dir. O'Reilly to Superintendent of U.S. Mint | 1-May-33 | NARA College Park |
| MINT011600 | MINT011600 | 134 | Copy of Telegram from Douglas to Superintendent | 12-Apr-33 | NARA College Park |
| MINT011601 | MINT011601 | 135 | Letter from Secretary of Treasury to Director of Mint | 6-Mar-33 | NARA College Park |
| MINT011602 | MINT011602 | 136 | Grant Director Wire | 6-Mar-33 | NARA College Park |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT011604 | MINT011605 | **137** | Letter from Reeves to Adams | 18-Dec-62 | NARA College Park |
| MINT011611 | MINT012500 | **138** | Cashier's Daily Statement of Receipts | January 2, 1932 to December 13, 1934 | NARA College Park |
| MINT015216 | MINT015219 | **139** | Cashier's Daily Statement of Receipts | April 16 and 19, 1932 and June 7 and 8, 1932 | NARA College Park |
| MINT015438 | MINT015456 | **140** | 1933 Annual Assay Report | 8-Feb-33 | NARA College Park |
| MINT015461 | MINT015461 | **141** | Letter from Director of Mint to Superintendant | 3-May-23 | NARA College Park |
| MINT015477 | MINT015477 | **142** | Letter from Director of Mint to Under Secretary of Treasury | 16-Jan-24 | NARA College Park |
| MINT015478 | MINT015478 | **143** | Letter from Secretary of Treasury to Senator Lodge | 26-Feb-24 | NARA College Park |
| MINT015480 | MINT015480 | **144** | Letter from Director of Mint to Arthur Boocheroff | 23-Feb-24 | NARA College Park |
| MINT015482 | MINT015482 | **145** | Letter from Director of Mint to James M. Watts | 28-Jun-24 | NARA College Park |
| MINT015483 | MINT015484 | **146** | Letter from Acting Director of Mint to Joseph B. Callery | 16-Jul-24 | NARA College Park |
| MINT015487 | MINT015487 | **147** | Letter from Director of Mint to H.W. Robinson | 26-Jan-25 | NARA College Park |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**
**Civil Action No. 06-5315**
United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT015488 | MINT015488 | **148** | Letter from Acting Director of Mint to Hon. H.W. Cummings | 17-Feb-25 | NARA College Park |
| MINT015490 | MINT015490 | **149** | Letter from Acting Director of Mint to H. Vander Mey | 30-Oct-25 | NARA College Park |
| MINT015491 | MINT015491 | **150** | Letter from Director of Mint to C.H. Fischer | 31-Oct-25 | NARA College Park |
| MINT015493 | MINT015493 | **151** | Letter from Assistant Secretary of Treasury to W. Whitney Ball | 12-Oct-25 | NARA College Park |
| MINT015495 | MINT015496 | **152** | Correspondence between Director of Mint and Hon. Noble J. Johnson | July 21, 1925 and July 22, 1925 | NARA College Park |
| MINT015497 | MINT015498 | **153** | Correspondence between Director of Mint and Lazard Freres | December 9, 1924 and December 10, 1924 | NARA College Park |
| MINT015499 | MINT015500 | **154** | Correspondence between Director of Mint and P.L. McMullen | April 2, 1924 and April 7, 1924 | NARA College Park |
| MINT015502 | MINT015503 | **155** | Correspondence between Acting Directore of Mint and Chas Q. Eldredge | Dec-24 | NARA College Park |
| MINT015515 | MINT015516 | **156** | Correspondence between Director of Mint, Secretary of Treasury, and Frank R. Zebley | September 11, 1925 and September 12, 1925 | NARA College Park |
| MINT015518 | MINT015519 | **157** | Correspondence between Director of Mint and Hon. Walter W. Magee | September 27, 1926 and October 2, 1926 | NARA College Park |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**
**Civil Action No. 06-5315**
**United States' Trial Exhibits**

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT015520 | MINT015521 | **158** | Correspondence between Director of Mint and Hon. Randolph Perkins | May 27, 1926 and May 28, 1926 | NARA College Park |
| MINT015523 | MINT015523 | **159** | Copy of Navy Wire | 7-Mar-33 | NARA College Park |
| MINT015530 | MINT015533 | **160** | Cashier's Daily Statement of Receipts | January 11-13, 1934 and January 15, 1934 | NARA College Park |
| MINT012514 | MINT012518 | **161** | Treasury Department Chronology | | NARA FDR Presidential Library |
| MINT012521 | MINT012556 | **162** | Transcript of Meeting | 6-Apr-44 | NARA FDR Presidential Library |
| MINT012600 | MINT012602 | **163** | Correspondence between Assistant Secretary Treasury, FDR and John C. Schaffer | April 27, 1933 and May 3, 1933 | NARA FDR Presidential Library |
| MINT009603 | MINT009605 | **164** | Intermediate Report of Strang and Drescher | 19-May-44 | NARA Hoover Presidential Library |
| MINT009606 | MINT009608 | **165** | Intermediate Report of Strang and Drescher | 30-May-44 | NARA Hoover Presidential Library |
| MINT009669 | MINT009669 | **166** | Decree of Forfeiture | 7-Sep-37 | NARA Philadelphia |
| MINT009670 | MINT009670 | **167** | Order to Seize | 1-Dec-34 | NARA Philadelphia |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**
**Civil Action No. 06-5315**
United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT009675 | MINT009677 | **168** | Decision re: Switt Violation of Gold Reserve Act | 17-Aug-37 | NARA Philadelphia |
| MINT009679 | MINT009705 | **169** | Testimony re: Switt Violation of Gold Reserve Act | 10-May-37 | NARA Philadelphia |
| MINT009706 | MINT009709 | **170** | Libel/Complaint regarding Switt Violation of Gold Reserve Act | 1-Dec-34 | NARA Philadelphia |
| MINT009714 | MINT009719 | **171** | Answer to Libel/Complaint regarding Switt Violation of Gold Reserve Act | 21-Dec-34 | NARA Philadelphia |
| MINT009720 | MINT009720 | **172** | Decree of Forfeiture | 7-Sep-37 | NARA Philadelphia |
| MINT009722 | MINT009722 | **173** | Amended Order of Forfeiture | 30-Sep-37 | NARA Philadelphia |
| MINT009726 | MINT009734 | **174** | McCann Indictment and guilty plea | 6-Jun-40 | NARA Philadelphia |
| MINT009765 | MINT009765 | **175** | Telegram from Acting Director of Mint to Superintendent of Philadelphia Mint | 18-Mar-44 | NARA Philadelphia |
| MINT009796 | MINT009799 | **176** | Letters to/from Superintendant to Director | 11/26/1945 and 11/23/1945 | NARA Philadelphia |
| MINT009801 | MINT009803 | **177** | Letters between Ms. Moore and Superintendant | September 25, 1945 and September 27, 1945 | NARA Philadelphia |
| MINT009806 | MINT009806 | **178** | Memorandum from Superintendent to Mrs. Moore | 26-Sep-45 | NARA Philadelphia |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT009809 | MINT009810 | **179** | Mrs. Moore's contact log | March through July 1944 | NARA Philadelphia |
| MINT009812 | MINT009814 | **180** | Letters from Dir. of Mint Ross to Superintendent Dressel | 6/28/1945 and 6/29/1945 | NARA Philadelphia |
| MINT009816 | MINT009821 | **181** | Letter from Acting Superintendent to Director with attachments | 7-Apr-44 | NARA Philadelphia |
| MINT009822 | MINT009822 | **182** | Letter from Superintendent of Mint to Director | 21-Mar-44 | NARA Philadelphia |
| MINT009828 | MINT009828 | **183** | Statement of Willard Boyce | 6-Jun-44 | NARA Philadelphia |
| MINT009829 | MINT009838 | **184** | 1933 Double Eagle Analysis | | NARA Philadelphia |
| MINT009839 | MINT009840 | **185** | Record of checks issued for scrap gold deposits of Ed Silver | September 14, 1934 to July 3, 1943 | NARA Philadelphia |
| MINT009843 | MINT009854 | **186** | Record of checks issued to Israel Switt and Ed Silver | | NARA Philadelphia |
| MINT009902 | MINT009928 | **187** | Gold coin shipping report | Mar-33 | NARA Philadelphia |
| MINT009984 | MINT009992 | **188** | Letter from Superintendant to Director with attachments | Jun-46 | NARA Philadelphia |
| MINT009996 | MINT009996 | **189** | Letter from Assistant Treasurer to superintendent of Mint | 6-Feb-46 | NARA Philadelphia |
| MINT009998 | MINT010000 | **190** | Letter from Acting Director of Mint to Dressel with attachment | 13-Jan-46 | NARA Philadelphia |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

**United States' Trial Exhibits**

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT010020 | MINT010020 | 191 | Letter from Director of Mint to Dressel | 24-Apr-45 | NARA Philadelphia |
| MINT010021 | MINT010021 | 192 | Letter from Acting Director of Mint to superintendent | 10-Mar-45 | NARA Philadelphia |
| MINT010022 | MINT010022 | 193 | Letter from Sheridan to Dressel | 7-Mar-45 | NARA Philadelphia |
| MINT010023 | MINT010023 | 194 | Letter from Assistant Treasurer to Superintendent of Mint | 17-Feb-45 | NARA Philadelphia |
| MINT010024 | MINT010024 | 195 | Letter from Director of Mint to Superintendent Dressel | 3-Feb-45 | NARA Philadelphia |
| MINT010025 | MINT010030 | 196 | Senate Bill 315 -- Adjustment to Mint Books for Missing Coins | 15-Jan-45 | NARA Philadelphia |
| MINT010034 | MINT010037 | 197 | Letter from Ross to Dressel | 9-Aug-44 | NARA Philadelphia |
| MINT010056 | MINT010057 | 198 | Letter from Superintendent to Director of Mint | 7-Aug-42 | NARA Philadelphia |
| MINT010058 | MINT010059 | 199 | Letter from Director of Mint to Superintendent | 28-Jul-42 | NARA Philadelphia |
| MINT010060 | MINT010061 | 200 | Letter from Superintendent to Director of Mint | 24-Jul-42 | NARA Philadelphia |
| MINT010062 | MINT010064 | 201 | Letter from Director of Mint to superintendent | 6-Jul-42 | NARA Philadelphia |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**
**Civil Action No. 06-5315**
**United States' Trial Exhibits**

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT010069 | MINT010075 | **202** | Memorandum to File | 20-Jan-42 | NARA Philadelphia |
| MINT010270 | MINT010672 | **203** | Cashier's Daily Settlement | April 4, 1933 to July 25, 1934 | NARA Philadelphia |
| MINT010674 | MINT011074 | **204** | Cashier's Daily Settlement | December 12, 1931 to April 3, 1933 | NARA Philadelphia |
| MINT011075 | MINT011079 | **205** | Reports of Special Assay Coins | Mar-33 | NARA Philadelphia |
| MINT013205 | MINT013293 | **206** | Cashier's Daily Settlement | July 25, 1934 to November 1, 1934 | NARA Philadelphia |
| MINT013295 | MINT013308 | **207** | Mint Miscellaneous Log Books - Gold Ledgers | 1929 to 1938 | NARA Philadelphia |
| MINT013309 | MINT013310 | **208** | Mint Miscellaneous Log Books - Vault F | 1933 to 1938 | NARA Philadelphia |
| MINT013325 | MINT013326 | **209** | Index Cards to Mint Correspondence - Switt scrap deposits | February 1934 to June 1934 | NARA Philadelphia |
| MINT013330 | MINT013337 | **210** | Mint Scale Verification Sheets | March to May 1933 | NARA Philadelphia |
| MINT013355 | MINT013358 | **211** | Cashier's Daily Settlement | October 1, 1934 to October 2, 1934 | NARA Philadelphia |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**
**Civil Action No. 06-5315**
United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT015207 | MINT015213 | **212** | Charles Rump District Court Criminal Case File | 1940 | NARA Philadelphia |
| MINT015221 | MINT015221 | **213** | Gold Coin Ledgar | 1928-33 | NARA Philadelphia |
| MINT015222 | MINT015432 | **214** | U.S. Mint Gold Coin Process Records | 1932-1933 | NARA Philadelphia |
| MINT015609 | MINT015651 | **215** | Copies of U.S. Mint vault seals | | NARA Philadelphia |
| MINT015684 | MINT015699 | **216** | U.S. Mint Blueprints and Photos | | NARA Philadelphia |
| MINT015738 | MINT015739 | **217** | Daily Process Records | Dec-31 | NARA Philadelphia |
| MINT015785 | MINT015786 | **217A** | Daily Process Records | Dec-31 | NARA Philadelphia |
| MINT15789 | MINT15791 | **217B** | Mint Correspondence | 1952 and 1953 | NARA Philadelphia |
| MINT015652 | MINT015683 | **218** | Documents concerning estate of Elizabeth Switt | | Register of Wills, PA, County of Philadelphia |
| REGISTEROFWILLS0001 | REGISTEROFWILLS0043 | **219** | Documents concerning estate of Israel Switt | | Register of Wills, PA, County of Philadelphia |
| MINT013612 | MINT013626 | **220** | Original Coin Envelopes for Recovered Double Eagles | | Secret Service Files |
| MINT013628 | MINT013638 | **221** | Memorandum from Acting Treasurer to Chief of Secret Service with enclosures | 30-Jun-44 | Secret Service Files |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

**United States' Trial Exhibits**

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT013647 | MINT013647 | **222** | Summary of disposition of 1931 and 1932 DEs | | Secret Service Files |
| MINT013653 | MINT013684 | **223** | Report of Strang and Drescher with attachments | 23-Jun-44 | Secret Service Files |
| MINT013691 | MINT013691 | **224** | Letter from Manning to Wilson | 10-Jun-44 | Secret Service Files |
| MINT013698 | MINT013700 | **225** | Secret Service Report | 3-Apr-44 | Secret Service Files |
| MINT013780 | MINT013782 | **226** | Secret Service Report | 12-May-44 | Secret Service Files |
| MINT013789 | MINT013790 | **226A** | Letter Report with Attachment | 11-May-44 | Secret Service Files |
| MINT013794 | MINT013798 | **227** | Secret Service Report with enclosure | 5-May-44 | Secret Service Files |
| MINT013818 | MINT013822 | **228** | Interoffice Communication from O'Connell to Gaston | 4-May-44 | Secret Service Files |
| MINT013840 | MINT013842 | **229** | USSS Memo by Strang/Drescher with enclosures | 28-Apr-44 | Secret Service Files |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

**United States' Trial Exhibits**

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT013849 | MINT013857 | **229A** | Photos of McAllister Checks | February and March 1937 | Secret Service Files |
| MINT013860 | MINT013860 | **229B** | Memorandum Report | 24-Apr-44 | Secret Service Files |
| MINT013863 | MINT013863 | **230** | Secret Service Memorandum | 26-Apr-44 | Secret Service Files |
| MINT013866 | MINT013867 | **231** | Secret Service Report | 24-Apr-44 | Secret Service Files |
| MINT013872 | MINT013872 | **232** | Memorandum Report of Ralph Robick | 22-Apr-44 | Secret Service Files |
| MINT013874 | MINT013911 | **233** | Secret Service Report with enclosure | 21-Apr-44 | Secret Service Files |
| MINT013878 | MINT013878 | **233A** | Statement of Charles Rumpp | 31-May-40 | Secret Service Files |
| MINT013936 | MINT013938 | **234** | Secret Service Report | 13-Apr-44 | Secret Service Files |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

**United States' Trial Exhibits**

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT013949 | MINT013953 | **235** | Secret Service Report with enclosure | 7-Apr-44 | Secret Service Files |
| MINT013962 | MINT013962 | **236** | Memorandum from Assistant Treasurer to Chief of Secret Service | 6-Apr-44 | Secret Service Files |
| MINT013965 | MINT013970 | **237** | Letter from Chief of Secret Service to Gruber with enclosures | 5-Apr-44 | Secret Service Files |
| MINT013999 | MINT014012 | **238** | Secret Service Report with enclosure | 1-Apr-44 | Secret Service Files |
| MINT014012 | MINT014012 | **239** | Statement of Israel Switt | 30-Mar-44 | Secret Service Files |
| MINT014014 | MINT014018 | **240** | Interoffice Communication from Acting Director of Mint to Chief Secret Service with enclosure | 30-Mar-44 | Secret Service Files |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT014021 | MINT014024 | **241** | Secret Service Report | 29-Mar-44 | Secret Service Files |
| MINT014038 | MINT014040 | **242** | Letter from Strang to Chief | 27-Mar-44 | Secret Service Files |
| MINT014044 | MINT014044 | **243** | Letter from Superintendent to Director of Mint | 21-Mar-44 | Secret Service Files |
| MINT014049 | MINT014049 | **244** | Memo to File | 23-Feb-44 | Secret Service Files |
| MINT014057 | MINT014058 | **245** | Memorandum | 11-May-54 | Secret Service Files |
| MINT014059 | MINT014059 | **246** | Memo from Carnes to Warner | 3-Feb-69 | Secret Service Files |
| MINT014060 | MINT014061 | **247** | Certificate of Destruction | 21-Aug-56 | Secret Service Files |
| MINT014062 | MINT014064 | **248** | Memo from Davidson to Dickson with attachments | 21-Aug-56 | Secret Service Files |
| MINT014065 | MINT014066 | **249** | Treasury Department Memorandum Report | 15-Aug-56 | Secret Service Files |
| MINT014069 | MINT014070 | **250** | Letter from Strang to Chief | 2-Sep-47 | Secret Service Files |
| MINT014071 | MINT014084 | **251** | Inventory of Property for Recovered Double Eagles | | Secret Service Files |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**
**Civil Action No. 06-5315**
**United States' Trial Exhibits**

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT014086 | MINT014087 | **252** | Letter from Sutterfield | 13-Aug-47 | Secret Service Files |
| MINT014088 | MINT014089 | **253** | Certified Inventories of Recovered Double Eagles | | Secret Service Files |
| MINT014092 | MINT014092 | **254** | Secret Service Memo | 27-Jul-56 | Secret Service Files |
| MINT014093 | MINT014093 | **255** | Letter from Baughman to Sloane | 22-Apr-54 | Secret Service Files |
| MINT014098 | MINT014098 | **256** | New York Times Article | 17-Feb-54 | Secret Service Files |
| MINT014101 | MINT014102 | **257** | Department of State Instruction | 27-Jan-54 | Secret Service Files |
| MINT014103 | MINT014104 | **258** | Secret Service Memorandum with Attachment | 20-Jan-54 | Secret Service Files |
| MINT014105 | MINT014105 | **259** | Department of State Instruction | 10-Dec-53 | Secret Service Files |
| MINT014107 | MINT014108 | **260** | Letter from Gruber | 15-Dec-53 | Secret Service Files |
| MINT014110 | MINT014116 | **261** | Letter from Ranta to Neal with attachment | 23-Dec-53 | Secret Service Files |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

**United States' Trial Exhibits**

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT014127 | MINT014129 | **262** | Communications between Chief and Daniel | 3-Dec-53 | Secret Service Files |
| MINT014134 | MINT014134 | **263** | Letter from Baughman to Director of Mint | 25-Sep-52 | Secret Service Files |
| MINT014135 | MINT014137 | **264** | Letter from Director of Mint to Chief of Secret Service with enclosure | 23-Sep-52 | Secret Service Files |
| MINT014138 | MINT014138 | **265** | Letter from Director to Eliasberg | 24-Sep-52 | Secret Service Files |
| MINT014249 | MINT014278 | **266** | Letter from Ross to Tobolowsky with attachments | 4-Jul-45 | Secret Service Files |
| MINT014289 | MINT014289 | **267** | Memorandum Report | 21-Jun-45 | Secret Service Files |
| MINT014293 | MINT014293 | **268** | Memorandum | 15-Jun-45 | Secret Service Files |
| MINT014305 | MINT014306 | **269** | Report of Sutterfield | 8-Jun-45 | Secret Service Files |
| MINT014311 | MINT014311 | **270** | Letter from Gaston to Stein | 5-Jun-45 | Secret Service Files |
| MINT014318 | MINT014318 | **271** | Letter from Boyd to Gaston | 31-May-46 | Secret Service Files |
| MINT014323 | MINT014323 | **272** | Letter from Stein to Gaston | 19-May-45 | Secret Service Files |
| MINT014325 | MINT014326 | **273** | Letter from Chief to McGrath | 18-May-45 | Secret Service Files |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

**United States' Trial Exhibits**

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT014327 | MINT014358 | **274** | Various Letters Concerning Recovery of Double Eagles | | Secret Service Files |
| MINT014359 | MINT014361 | **275** | Letter from General Counsel To Chief Wilson | 28-Apr-45 | Secret Service Files |
| MINT014368 | MINT014372 | **276** | Interoffice Communication from Gruber to Chief with attachment | 7-Feb-45 | Secret Service Files |
| MINT014377 | MINT014377 | **277** | Letter from Chief to McNeill | 17-Jan-45 | Secret Service Files |
| MINT014381 | MINT014381 | **278** | Secret Service Wire | 13-Jan-45 | Secret Service Files |
| MINT014382 | MINT014383 | **279** | Letter from Gruber to Gleeson | 18-Dec-44 | Secret Service Files |
| MINT014384 | MINT014385 | **280** | Memo from Strang to Supervising Agent | 15-Dec-44 | Secret Service Files |
| MINT014396 | MINT014401 | **281** | Summary and Final Report | 24-Nov-44 | Secret Service Files |
| MINT014414 | MINT014414 | **282** | Letter from Mint to Smithsonian | 9-Oct-34 | Secret Service Files |
| MINT014417 | MINT014419 | **283** | Intermediate Report | 16-Nov-44 | Secret Service Files |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT014426 | MINT014430 | **284** | Intermediate Report | 4-Nov-44 | Secret Service Files |
| MINT014446 | MINT014448 | **285** | Intermediate Report | 20-Oct-44 | Secret Service Files |
| MINT014451 | MINT014454 | **286** | Secret Service Report | 13-Oct-44 | Secret Service Files |
| MINT014459 | MINT014459 | **287** | Interoffice Communication from Gruber | 10-Oct-44 | Secret Service Files |
| MINT014462 | MINT014462 | **288** | Secret Service Memorandum | 6-Oct-44 | Secret Service Files |
| MINT014468 | MINT014468 | **289** | Secret Service Interoffice Communication | 22-Sep-44 | Secret Service Files |
| MINT014473 | MINT014473 | **290** | Secret Service Interoffice Communication | 9-Sep-44 | Secret Service Files |
| MINT014480 | MINT014480 | **291** | Secret Service Interoffice Communication | 4-Aug-44 | Secret Service Files |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT014492 | MINT014495 | **292** | Secret Service Summary Report | 15-Jul-44 | Secret Service Files |
| MINT014504 | MINT014504 | **293** | Letter from Gruber to Chief | 15-Jul-44 | Secret Service Files |
| MINT014541 | MINT014542 | **294** | Letter from Landvoigt to Chief | 24-Apr-41 | Secret Service Files |
| MINT014700 | MINT014700 | **295** | Supplemental Information of Willard Boyce | 17-Apr-40 | Secret Service Files |
| MINT014752 | MINT014776 | **296** | Memo from Dowling to Burke with attachment | | Secret Service Files |
| MINT014777 | MINT014790 | **297** | Mint Employment Records | | Secret Service Files |
| MINT014819 | MINT014822 | **298** | Arrest Record of George McCann | | Secret Service Files |
| MINT014825 | MINT014825 | **299** | Letter from Harrington to Chief | 24-Mar-41 | Secret Service Files |
| MINT014826 | MINT014826 | **300** | Final Report | 25-Mar-41 | Secret Service Files |
| MINT014887 | MINT014898 | **301** | Testimony of Mr. Eugene Gilmartin | 29-May-40 | Secret Service Files |
| MINT014915 | MINT014924 | **302** | Secret Service Report | 27-Dec-40 | Secret Service Files |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**
**Civil Action No. 06-5315**
United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT015852 | MINT015906 | 302A | Secret Service Manual | 1940's | Secret Service Files |
| MINT015907 | MINT015918 | 302B | Secret Service Monograph | 1940's | Secret Service Files |
| | | 303 | Sotheby's Auction Catalogue for 1933 DE auctioned on July 30, 2002 | 30-Jul-02 | Sotheby's |
| MINT000001 | MINT000001 | 304 | Property Deliver Receipt | 4-Oct-02 | U.S. Mint |
| MINT000268 | MINT000268 | 305 | Letter from Acting Director of Mint to superintendent | 27-Aug-56 | U.S. Mint |
| MINT000269 | MINT000269 | 306 | Letter from Acting Director of Mint to Superintendent of Assay Office NY | 27-Aug-56 | U.S. Mint |
| MINT000277 | MINT000277 | 307 | Letter from Acting Director of Mint to Honorable Dan Daniel | 1-Mar-76 | U.S. Mint |
| MINT000279 | MINT000279 | 308 | Letter from Assistant Director of Mint to Mr. George P. Battley | 31-Dec-74 | U.S. Mint |
| MINT015534 | MINT015563 | 309 | Mint Ledger | December 1931 through December 1933 | U.S. Mint |
| MINT015564 | MINT015608 | 310 | Mint Ledger | January 1932 through December 1934 | U.S. Mint |
| MINT015700 | MINT015734 | 311 | Mint Ledger, Coin Executed | January 1932 through December 1934 | U.S. Mint |
| | | 312 | Third Amended Complaint in U.S. v. Fenton with Exhibits | 13-May-99 | U.S. Mint |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

United States' Trial Exhibits

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| | | 313 | Settlement Agreement between the United States and Stephen Fenton | 25-Jan-01 | U.S. Mint |
| | | 314 | The Ten 1933 Double Eagles | | U.S. Mint |
| MINT000335 | MINT000336 | 314A | Photos of the Ten 1933 Double Eagles | | U.S. Mint |
| | | 315 | Photos of U.S. Mint Double Eagle and Eagle Coin Bags | | U.S. Mint |
| MINT012709 | MINT012752 | 316 | Documents and statements pertaining to the Banking emergency (Part I and Part II) | February 25 to June 5, 1933 | U.S. Treasury Library |
| MINT012996 | MINT013020 | 317 | Regulations for the Transactions of Business of the Mints and Assay Offices of the United States | 1-Jan-18 | U.S. Treasury Library |
| WACHOVIA00001 | WACHOVIA00010 | 318 | Wachovia's Langbord Bank Records | | Wachovia Bank |
| | | 319 | Wachovia safe deposit box | | Wachovia Bank |
| | | 320 | Photos of Wachovia Safe Deposit Box | | Wachovia Bank |
| | | 321 | 30(b)(6) deposition and supplemental declaration of Don Daly | | Wachovia Bank |
| MINT009793 | MINT009795 | 322 | Calculations of EGL - "Payments of Gold Coin" | | NARA Philadelphia |
| MINT012825 | MINT012826 | 323 | Newspaper articles | 14-Mar-33 | |
| MINT012827 | MINT012827 | 324 | Newspaper article | 15-Mar-33 | |
| MINT012830 | MINT012831 | 325 | Newspaper Articles | 15-Mar-33 | |
| MINT012839 | MINT012839 | 326 | Newspaper Article | 24-Mar-33 | |
| MINT012849 | MINT012852 | 327 | Newspaper articles | 1-Mar-33 | |
| MINT015749 | MINT015781 | 327A | Various Newspaper Articles | 1-Mar-33 | |
| MINT015797 | MINT015834 | 327B | Various Newspaper Articles | 1934 and 1947 | |
| MINT015735 | MINT015736 | 328 | Article from The Numismatist | Jun-34 | |
| MINT015782 | MINT015783 | 328A | Article from The Numismatist | d1932 | |

**UNITED STATES V. TEN 1933 DOUBLE EAGLES**

**Civil Action No. 06-5315**

**United States' Trial Exhibits**

| Begin Bates | End Bates | Exhibit # | Description | Date | Source |
|---|---|---|---|---|---|
| MINT015851 | MINT015851 | **328B** | Article from The Numismatist | d1947 | |
| MINT015919 | MINT015922 | **328C** | Article from The Numismatist | d1949 | |
| MINT015737 | MINT015737 | **329** | Page from the book "A Line A Day For Forty Odd Years From the Diary Of William A. Ashbrook" | | |
| MINT015743 | MINT015745 | **330** | Page from "The Official Red Book" | 2004 | |
| | | **331** | Double Eagle and Eagle Coin Bags | | U.S. Mint |
| MINT015845 | MINT015850 | **332** | The Red Book of United States Coins, RS Yeoman, Western Publishing, 1969 | | |
| MINT015840 | MINT015844 | **333** | A Guide Book of United States Coins, RS Yeoman, Western Publishing 1973 | | |
| MINT015792 | MINT015796 | **334** | A Guide Book of United States Coins, RS Yeoman, Western Publishing 1959 | | |
| MINT015835 | MINT015839 | **335** | United States Coins - A Guide to Values, 1951, Wilfrid Dellquest, M. Barrows and Company, Publishers | | |
| MINT015923 | MINT015924 | **335A** | Pennsylvania Statutes - Entry Into Safe Deposit Box | | |
| MINT015925 | MINT015926 | **335B** | Pennsylvania Statutes - Penalty for Entry Into Safe Deposit Box | | |
| MINT015927 | MINT015929 | **335C** | Statement of Stephen Fenton | 26-Jan-00 | U.S. District Court, S.D.N.Y. |