IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY LANGBORD, et al., | : | |
|     Plaintiffs, | : | |
| | : | |
|     v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF | : | |
| THE TREASURY, et al., | : | |
|     Defendants. | : | CIVIL ACTION |
| _____ | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | No. 06-5315 |
|     Third-Party Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| TEN 1933 DOUBLE EAGLE GOLD PIECES, | : | |
|     Third-Party Defendant-in-rem. | : | |
| | : | |
| _____ | : | |

JUDGMENT

AND NOW, this 29th day of August, 2012, for the reasons set forth in the accompanying

Memorandum, we hereby enter JUDGMENT in favor of the United States of America on Count I

(forfeiture) and Count II (declaratory judgment).  On Count II, we make the following

declaration:

> The disputed Double Eagles were not lawfully removed from the United States
> Mint and accordingly, as a matter of law, they remain the property of the United
> States, regardless of (1) the applicability of CAFRA to the disputed Double
> Eagles, (2) Claimants' state of mind with respect to the coins, or (3) how the coins
> came into Claimants' possession.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.