IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY LANGBORD, et al., : | |
| Plaintiffs, : | |
| v. : | |
| UNITED STATES DEPARTMENT OF : | CIVIL ACTION No. 06-5315 |
| THE TREASURY, et al., : | |
| Defendants, : | |
| UNITED STATES OF AMERICA, : | |
| Third Party Plaintiff, : | |
| v. : | |
| TEN 1933 DOUBLE EAGLE PIECES, : | |
| Third Party Defendants-in-Rem, : | |
| ROY LANGBORD : | |
| DAVID LANGBORD : | |
| JOAN LANGBORD : | |
| UNITED STATES OF AMERICA, : | |
| Claimants. : | |

### PRAECIPE TO SATISFY FINANCIAL JUDGMENT

**TO THE CLERK:**
**United States District Court**
**Eastern District of Pennsylvania**

Please mark the above-captioned financial judgment satisfied in the amount of $22, 291.48.

Respectfully submitted,

LOUIS D. LAPPEN
United States Attorney


/S/ Jacqueline C. Romero
JACQUELINE C. ROMERO
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
*Counsel for Defendant United States of America*

Dated: April 6, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2018, I caused a true and correct copy of the foregoing Praecipe to Satisfy Financial Judgment to be served by the Court's CM/ECF system upon the following counsel of record:

> Barry H. Berke, Esquire
> Eric Tirschwell, Esquire
> Robin M. Wilcox, Esquire
> Kramer Levin Naftalis & Frankel, LLP
> 1177 Avenue of the Americas
> New York, NY  10036
> *Counsel for Plaintiffs*

/S/ Jacqueline C. Romero
JACQUELINE C. ROMERO
Assistant United States Attorney
*Counsel for Defendant United States of America*